**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>JORDAN HEALTH PRODUCTS I, INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 24-12271 (TMH)<br><br>(Jointly Administered)<br><br>Re: Docket Nos. 14, 16 |

**ORDER GRANTING DEBTORS' MOTION TO SHORTEN NOTICE AND OBJECTION PERIODS FOR THE HEARING ON THE MOTION OF DEBTORS FOR ENTRY OF (I) AN ORDER (A) APPROVING BID PROCEDURES IN CONNECTION WITH THE POTENTIAL SALE OF THE DEBTORS' ASSETS, (B) SCHEDULING AN AUCTION AND A SALE HEARING, (C) APPROVING THE FORM AND MANNER OF NOTICE THEREOF, (D) AUTHORIZING THE DEBTORS TO ENTER INTO ONE OR MORE STALKING HORSE AGREEMENTS, (E) APPROVING BID PROTECTIONS, (F) APPROVING PROCEDURES FOR THE ASSUMPTION AND ASSIGNMENT OF CONTRACTS AND LEASES, AND (G) GRANTING RELATED RELIEF; AND (II) ORDERS (A) APPROVING THE SALE OF THE DEBTORS' ASSETS FREE AND CLEAR OF ALL LIENS, CLAIMS, ENCUMBRANCES, AND INTERESTS, (B) AUTHORIZING THE ASSUMPTION AND ASSIGNMENT OF CONTRACTS AND LEASES, AND (C) GRANTING RELATED RELIEF**

Upon the motion (the "**Motion to Shorten**")[2] of the Debtors for entry of an order (the "**Order**") shortening the notice and objection periods and waiving Local Rule 9006-1(c)(ii) with respect to the Bid Procedures Motion, all as more fully set forth in the Motion to Shorten; and the Court having jurisdiction over the matters raised in the Motion to Shorten pursuant to 28 U.S.C. §§ 157 and 1334 and the Amended Standing Order of Reference from the United States District

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are: Jordan Health Products I, Inc. (9981); Global Medical Imaging, LLC (8828); D.R.E. Medical Group, Inc. (2356); Oncology Services International, Inc. (2514); Technical Options of Georgia, Inc. (5488); Jordan Health Products III, Inc. (9350); Transtate Equipment Company, Inc. (4201); Equipment Maintenance Solutions, Inc. (7216); Ultra Solutions Holdings, Inc. (2305); Ultra Solutions, LLC (3425); Pacific Medical Group, Inc. (4339); and Pacific Medical Holdings, Inc. (2135). The Debtors' service address is 8700 W Bryn Mawr Ave., Suite 720S, Chicago, IL 60631. Debtor Jordan Health Products I, Inc. is doing business as Avante Health Solutions.

[2] Capitalized terms used but not otherwise defined herein shall have the respective meanings ascribed to such terms in the Motion to Shorten.

96081542.5

Court for the District of Delaware, dated February 29, 2012; and the Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2) and that the Court may enter a final order consistent with Article III of the United States Constitution; and the Court having found that venue of this proceeding and the Motion to Shorten in this District is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having reviewed the Motion to Shorten; and the Court having found that the relief requested in the Motion to Shorten is in the best interests of the Debtors and their respective estates, creditors, and other parties in interest; and the Court having found that proper and adequate notice of the Motion to Shorten has been provided and that no other or further notice is necessary; and the Court having found that good and sufficient cause exists for granting the relief requested in the Motion to Shorten after having given due deliberation upon the Motion to Shorten and all of the proceedings had before the Court in connection with the Motion to Shorten, therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Motion to Shorten is GRANTED, as set forth herein.

2. Local Rule 9006-1(c)(ii) is hereby waived with respect to the Bid Procedures Motion.

3. The Hearing to consider the relief requested in the Bid Procedures Motion will be held on **October 22, 2024 at 1:00 p.m. (ET)**.

4. The deadline to object to the relief requested in the Bid Procedures Motion is **October 18, 2024 at 11:59 p.m. (ET)**.

5. This Order shall be immediately effective and enforceable upon its entry.

6. The Debtors are authorized to take all actions necessary to effectuate the relief granted in this Order.

7. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

*Thomas M. Horan*

**Dated: October 10th, 2024**　　**THOMAS M. HORAN**
**Wilmington, Delaware**　　**UNITED STATES BANKRUPTCY JUDGE**