| **Information to identify the case:** | | EIN | **47-4669981** |
|---|---|---|---|
| Debtor | **Jordan Health Products I, Inc., et al.** | | |
| | Name | Date case case filed for chapter 11: | **10/8/2024** |
| United States Bankruptcy Court | **District of Delaware** | | |
| Case number: | **24-12271 (TMH)** | | |

Official Form 309F1 (For Corporations or Partnerships)

# Notice of Chapter 11 Bankruptcy Case                                                                 10/20

**For the debtors listed above, a case has been filed under chapter 11 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors and debtors, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from the debtor by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

Confirmation of a chapter 11 plan may result in a discharge of debt. A creditor who wants to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadline specified in this notice. (See line 11 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected on the website created by Claims and Noticing Agent Omni Agent Solutions, Inc. for these chapter 11 cases at https://omniagentsolutions.com/Avante, at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov). Telephonic inquiries may be directed to (866) 989-3043 (U.S./Canada) or (818) 689-8426 (International).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

| 1. | Debtor's full name: | Jordan Health Products I, Inc. |
|---|---|---|

| 2. | All other names used in the last 8 years: | Avante Health Solutions |
|---|---|---|

  **Jointly Administered Cases:**

  **Global Medical Imaging, LLC – EIN 27-0268828 (Case No. 24-12272)**
  **D.R.E. Medical Group, Inc. – EIN 47-4682356 (Case No. 24-12273)**
  **Oncology Services International, Inc. – EIN 22-3342514 (Case No. 24-12274)**
  **Technical Options of Georgia, Inc. – EIN 58-2025488 (Case No. 24-12275)**
  **Jordan Health Products III, Inc. – EIN 81-3029350 (Case No. 24-12276)**
  **Transtate Equipment Company, Inc. – EIN 82-0674201 (Case No. 24-12277)**
  **Equipment Maintenance Solutions, Inc. – EIN 82-4437216 (Case No. 24-12278)**
  **Ultra Solutions Holdings, Inc. – 83-1792305 (Case No. 24-12279)**
  **Ultra Solutions, LLC – EIN 46-3053425 (Case No. 24-12280)**
  **Pacific Medical Group, Inc. – EIN 81-3174339 (Case No. 24-12281)**
  **Pacific Medical Holdings, Inc. – EIN 81-3162135 (Case No. 24-12282)**

| 3. | Address: | 8700 W Bryn Mawr Avenue, Suite 720S, Chicago, IL 60631 |
|---|---|---|

| 4. | Debtor's proposed attorney: | Contact phone: 302-252-0920 |
|---|---|---|
| | **CHRISTOPHER WARD**<br>**SHANTI M. KATONA**<br>**POLSINELLI PC**<br>**222 DELAWARE AVE.,**<br>**SUITE 1101**<br>**WILMINGTON, DE 19801** | Email: cward@polsinelli.com<br>skatona@polsinelli.com |

99249137.1

| | | |
|---|---|---|
| **5. Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at www.pacer.uscourts.gov for a fee, or https://omniagentsolutions.com/Avante for no charge. | 824 Market Street, 3rd Floor<br>Wilmington, DE 19801 | Hours open: Monday – Friday<br>8:00 AM – 4:00 PM<br><br>Contact phone 302−252−2900 |
| **6. Meeting of creditors**<br><br>The debtor's representative must attend the meeting to be questioned under oath.<br>Creditors may attend, but are not required to do so. | **November 14, 2024 at 2:00 P.M. (ET)**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Location: Telephonic**<br><br>**Dial-in: 1-866-621-1355**<br>**Participant Code: 7178157#** |
| **7. Proof of claim deadline** | **Deadline for filing proof of claim:** Not yet set. If a deadline is set, notice will be sent at a later time.<br><br>A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be filed electronically or as a paper document. For more information, visit the court-appointed claims agent's website at https://omniagentsolutions.com/Avante.<br><br>You may also review the schedules when filed online at https://omniagentsolutions.com/Avante. | |
| **8. Exception to discharge Deadline**<br><br>The bankruptcy clerk's office must receive a complaint and any required filing fee by the following deadline. | If § 523(c) applies to your claim and you seek to have it excepted from discharge, you must start a judicial proceeding by filing a complaint by the deadline stated below.<br><br>**Deadline for filing the complaint: To Be Determined** | |
| **9. Creditors with a foreign address** | If you are a creditor receiving notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **10. Filing a Chapter 11 bankruptcy case** | Chapter 11 allows debtors to reorganize or liquidate according to a plan. A plan is not effective unless the court confirms it. You may receive a copy of the plan and a disclosure statement telling you about the plan, and you may have the opportunity to vote on the plan. You will receive notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtor will remain in possession of the property and may continue to operate its business. | |
| **11. Discharge of debts** | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See 11 U.S.C. § 1141(d). A discharge means that creditors may never try to collect the debt from the debtor except as provided in the plan. If you want to have a particular debt owed to you excepted from the discharge and § 523(c) applies to your claim, you must start a judicial proceeding by filing a complaint and paying the filing fee in the bankruptcy clerk's office by the deadline. | |

Official Form 309F1 (For Corporations or Partnerships)        **Notice of Chapter 11 Bankruptcy Case**