*Proofs of Claim Report*
*Jordan Health Products I, Inc. Case 24-12271*

## Claims Summary

| Class | Proof of Claim Amount | Final Allowed Amount |
|---|---:|---:|
| UNSECURED | $9,496,506.37 | $0.00 |
| PRIORITY | $26,534,565.11 | $0.00 |
| SECURED | $64,510.19 | $0.00 |
| ADMIN | $37,775.97 | $0.00 |
| 503(b)(9) | $44,400.00 | |
| Total | $36,177,757.64 | $0.00 |

| | |
|---|---:|
| Total Claims/Schedules: | 319 |

## Claims Details (319)

**19th St., LLC**
**Case(s): 271 Clm No: 207 Clm. Amt: $358,006.33**

*c/o FLP Law Group LLP*
*Attn: Marc Andrew Liberman, Esq*
*1875 Century Park E, Ste 2230*
*Los Angeles, CA 90067*
**Date Filed:** 5/2/2025
**Claim Face Value:** $358,006.33

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---:|---|---|
| 271 | UNS | | | $358,006.33 | | |
| | | | | $358,006.33 | | |

**19th St., LLC**
**Case(s): 279 Clm No: 5 Clm. Amt: $358,006.33**

*c/o FLP Law Group LLP*
*Attn: Marc Andrew Liberman, Esq*
*1875 Century Park E, Ste 2230*
*Los Angeles, CA 90067*
**Date Filed:** 5/7/2025
**Claim Face Value:** $358,006.33

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---:|---|---|
| 279 | UNS | | | $358,006.33 | | |
| | | | | $358,006.33 | | |

**19th St., LLC**
**Case(s): 280 Clm No: 7 Clm. Amt: $358,006.33**

*c/o FLP Law Group LLP*
*Attn: Marc Andrew Liberman, Esq*
*1875 Century Park E, Ste 2230*
*Los Angeles, CA 90067*
**Date Filed:** 5/7/2025
**Claim Face Value:** $358,006.33

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---:|---|---|
| 280 | UNS | | | $358,006.33 | | |
| | | | | $358,006.33 | | |

### 2D Imaging, Inc.
**Case(s): 271 Clm No: 192 Clm. Amt: $4,000.00**

*1121 Richfield Rd*
*Placentia, CA 92870*
**Date Filed:** 2/4/2025
**Claim Face Value:** $4,000.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 271 | 503(b)(9) | | | $4,000.00 | | |
| | | | | $4,000.00 | | |

### 2D Imaging, Inc.
**Case(s): 271 Clm No: 193 Clm. Amt: $28,500.00**

*1121 Richfield Rd*
*Placentia, CA 92870*
**Date Filed:** 2/4/2025
**Claim Face Value:** $28,500.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 271 | UNS | | | $28,500.00 | | |
| | | | | $28,500.00 | | |

### 360Biomedical LLC
**Case(s): 271 Clm No: 7 Clm. Amt: $12,980.00**

*15 Hammond, Ste 309*
*Irvine, CA 92618*
**Date Filed:** 10/14/2024
**Claim Face Value:** $12,980.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 271 | UNS | | | $12,980.00 | | |
| | | | | $12,980.00 | | |

### A&G Biomedical LLC
**Case(s): 281 Clm No: 4 Clm. Amt: $3,000.00**

*Attn: Gabriela Fajardo*
*3382 NW 151st Ter*
*Miami Gardens, FL 33054*
**Date Filed:** 11/25/2024
**Claim Face Value:** $3,000.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 281 | UNS | | | $3,000.00 | | |
| | | | | $3,000.00 | | |

### Accu-Scope Inc.
**Case(s): 271 Clm No: 104 Clm. Amt: $4,935.00**

*73 Mall Dr*
*Commack, NY 11725*
**Date Filed:** 12/9/2024
**Claim Face Value:** $4,935.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 271 | UNS | | | $4,935.00 | | |
| | | | | $4,935.00 | | |

### Acevision Ultrasound LLC
**Case(s): 272 Clm No: 7 Clm. Amt: $62,281.00**

*Attn: Scott Krett*
*155 Oswalt Ave*
*Batavia, IL 60510*
**Date Filed:** 12/30/2024
**Claim Face Value:** $62,281.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 272 | UNS | | | $62,281.00 | | |
| | | | | $62,281.00 | | |

## Adriot Medical Systems, Inc
### Case(s): 271 Clm No: 111 Clm. Amt: $4,544.70

1146 Carding Machine Rd
Loudon, TN 37774
**Date Filed:** 12/16/2024
**Claim Face Value:** $4,544.70

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 271 | UNS | | | $4,544.70 | | |
| | | | | $4,544.70 | | |

## Advanced Power Group, Corporation
### Case(s): 271 Clm No: 208 Clm. Amt: $1,700.00

2005 Orange St, Ste D
Alhambra, CA 91803
**Date Filed:** 5/24/2025
**Claim Face Value:** $1,700.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 271 | UNS | | | $1,700.00 | | |
| | | | | $1,700.00 | | |

## AirGas USA LLC
### Case(s): 271 Clm No: 129 Clm. Amt: $4,999.26

2015 Vaughn Rd NW, Ste 400
Kennesaw, GA 30144
**Date Filed:** 1/10/2025
**Claim Face Value:** $4,999.26

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 271 | UNS | | | $4,999.26 | | |
| | | | | $4,999.26 | | |

## Airgas USA LLC
### Case(s): 271 Clm No: 105 Clm. Amt: $53,187.44

6055 Rockside Woods Blvd
Independence, OH 44131
**Date Filed:** 12/9/2024
**Orig. Date Filed:** 11/18/2024
**Amending Clm #:** 74
**Claim Face Value:** $53,187.44

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 271 | UNS | | | $53,187.44 | | |
| | | | | $53,187.44 | | |

## Airgas USA LLC
### Case(s): 271 Clm No: 74 Clm. Amt: $21,074.67

6055 Rockside Woods Blvd
Independence, OH 44131
**Date Filed:** 11/18/2024
**Amended By Clm #:** 105
**Claim Face Value:** $21,074.67

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 271 | UNS | | | $21,074.67 | | |
| | | | | $21,074.67 | | |

## Airgas USA, LLC
### Case(s): 271 Clm No: 138 Clm. Amt: $1,435.47

110 W 7th St, Ste 1400
Tulsa, OK 74119
**Date Filed:** 1/25/2025
**Claim Face Value:** $1,435.47

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 271 | UNS | | | $1,435.47 | | |
| | | | | $1,435.47 | | |

**Airgas USA, LLC**
**Case(s): 271 Clm No: 139 Clm. Amt: $587.87**

*110 W 7th St, Ste 1400*
*Tulsa, OK 74119*
**Date Filed:** 1/25/2025
**Claim Face Value:** $587.87

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 271 | UNS | | | $587.87 | | |
| | | | | $587.87 | | |

**Airgas USA, LLC**
**Case(s): 271 Clm No: 141 Clm. Amt: $775.12**

*110 W 7th St, Ste 1400*
*Tulsa, OK 74119*
**Date Filed:** 1/25/2025
**Claim Face Value:** $775.12

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 271 | UNS | | | $775.12 | | |
| | | | | $775.12 | | |

**Airgas USA, LLC**
**Case(s): 271 Clm No: 142 Clm. Amt: $1,145.25**

*110 W 7th St, Ste 1400*
*Tulsa, OK 74119*
**Date Filed:** 1/25/2025
**Claim Face Value:** $1,145.25

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 271 | UNS | | | $1,145.25 | | |
| | | | | $1,145.25 | | |

**Airgas USA, LLC**
**Case(s): 271 Clm No: 143 Clm. Amt: $668.15**

*110 W 7th St, Ste 1400*
*Tulsa, OK 74119*
**Date Filed:** 1/25/2025
**Claim Face Value:** $668.15

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 271 | UNS | | | $668.15 | | |
| | | | | $668.15 | | |

**Airgas USA, LLC**
**Case(s): 271 Clm No: 144 Clm. Amt: $310.91**

*110 W 7th St, Ste 1400*
*Tulsa, OK 74119*
**Date Filed:** 1/25/2025
**Claim Face Value:** $310.91

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 271 | UNS | | | $310.91 | | |
| | | | | $310.91 | | |

**Airgas USA, LLC**
**Case(s): 271 Clm No: 140 Clm. Amt: $386.88**

*110 W 7th St, Ste 1400*
*Tulsa, OK 74119*
**Date Filed:** 1/25/2025
**Claim Face Value:** $386.88

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 271 | UNS | | | $386.88 | | |
| | | | | $386.88 | | |

### Airgas USA, LLC
### Case(s): 271 Clm No: 145 Clm. Amt: $764.45

*110 W 7th St, Ste 1400*
*Tulsa, OK 74119*
**Date Filed:** 1/25/2025
**Claim Face Value:** $764.45

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 271 | UNS | | | $764.45 | | |
| | | | | $764.45 | | |

### Airgas USA, LLC
### Case(s): 271 Clm No: 146 Clm. Amt: $332.40

*110 W 7th St, Ste 1400*
*Tulsa, OK 74119*
**Date Filed:** 1/25/2025
**Claim Face Value:** $332.40

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 271 | UNS | | | $332.40 | | |
| | | | | $332.40 | | |

### Airgas USA, LLC
### Case(s): 271 Clm No: 147 Clm. Amt: $687.96

*110 W 7th St, Ste 1400*
*Tulsa, OK 74119*
**Date Filed:** 1/25/2025
**Claim Face Value:** $687.96

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 271 | UNS | | | $687.96 | | |
| | | | | $687.96 | | |

### Airgas USA, LLC
### Case(s): 271 Clm No: 148 Clm. Amt: $387.27

*110 W 7th St, Ste 1400*
*Tulsa, OK 74119*
**Date Filed:** 1/25/2025
**Claim Face Value:** $387.27

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 271 | UNS | | | $387.27 | | |
| | | | | $387.27 | | |

### Airgas USA, LLC
### Case(s): 271 Clm No: 149 Clm. Amt: $355.56

*110 W 7th St, Ste 1400*
*Tulsa, OK 74119*
**Date Filed:** 1/25/2025
**Claim Face Value:** $355.56

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 271 | UNS | | | $355.56 | | |
| | | | | $355.56 | | |

### Airgas USA, LLC
### Case(s): 271 Clm No: 150 Clm. Amt: $355.56

*110 W 7th St, Ste 1400*
*Tulsa, OK 74119*
**Date Filed:** 1/25/2025
**Claim Face Value:** $355.56

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 271 | UNS | | | $355.56 | | |
| | | | | $355.56 | | |

**Airgas USA, LLC**
**Case(s): 271 Clm No: 151 Clm. Amt: $771.57**

*110 W 7th St, Ste 1400*
*Tulsa, OK 74119*
**Date Filed:** 1/25/2025
**Claim Face Value:** $771.57

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 271 | UNS | | | $771.57 | | |
| | | | | $771.57 | | |

**Airgas USA, LLC**
**Case(s): 271 Clm No: 152 Clm. Amt: $736.12**

*110 W 7th St, Ste 1400*
*Tulsa, OK 74119*
**Date Filed:** 1/25/2025
**Claim Face Value:** $736.12

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 271 | UNS | | | $736.12 | | |
| | | | | $736.12 | | |

**Airgas USA, LLC**
**Case(s): 271 Clm No: 153 Clm. Amt: $755.04**

*110 W 7th St, Ste 1400*
*Tulsa, OK 74119*
**Date Filed:** 1/25/2025
**Claim Face Value:** $755.04

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 271 | UNS | | | $755.04 | | |
| | | | | $755.04 | | |

**Airgas USA, LLC**
**Case(s): 271 Clm No: 154 Clm. Amt: $755.04**

*110 W 7th St, Ste 1400*
*Tulsa, OK 74119*
**Date Filed:** 1/25/2025
**Claim Face Value:** $755.04

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 271 | UNS | | | $755.04 | | |
| | | | | $755.04 | | |

**Airgas USA, LLC**
**Case(s): 271 Clm No: 155 Clm. Amt: $711.11**

*110 W 7th St, Ste 1400*
*Tulsa, OK 74119*
**Date Filed:** 1/25/2025
**Claim Face Value:** $711.11

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 271 | UNS | | | $711.11 | | |
| | | | | $711.11 | | |

**Airgas USA, LLC**
**Case(s): 271 Clm No: 156 Clm. Amt: $731.45**

*110 W 7th St, Ste 1400*
*Tulsa, OK 74119*
**Date Filed:** 1/25/2025
**Claim Face Value:** $731.45

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 271 | UNS | | | $731.45 | | |
| | | | | $731.45 | | |

**Airgas USA, LLC**
**Case(s): 271 Clm No: 157 Clm. Amt: $70.79**

*110 W 7th St, Ste 1400*
*Tulsa, OK 74119*
**Date Filed:** 1/25/2025
**Claim Face Value:** $70.79

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 271 | UNS | | | $70.79 | | |
| | | | | $70.79 | | |

**Airgas USA, LLC**
**Case(s): 271 Clm No: 158 Clm. Amt: $997.21**

*110 W 7th St, Ste 1400*
*Tulsa, OK 74119*
**Date Filed:** 1/25/2025
**Claim Face Value:** $997.21

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 271 | UNS | | | $997.21 | | |
| | | | | $997.21 | | |

**Airgas USA, LLC**
**Case(s): 271 Clm No: 159 Clm. Amt: $336.40**

*110 W 7th St, Ste 1400*
*Tulsa, OK 74119*
**Date Filed:** 1/25/2025
**Claim Face Value:** $336.40

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 271 | UNS | | | $336.40 | | |
| | | | | $336.40 | | |

**Airgas USA, LLC**
**Case(s): 271 Clm No: 160 Clm. Amt: $310.91**

*110 W 7th St, Ste 1400*
*Tulsa, OK 74119*
**Date Filed:** 1/25/2025
**Claim Face Value:** $310.91

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 271 | UNS | | | $310.91 | | |
| | | | | $310.91 | | |

**Airgas USA, LLC**
**Case(s): 271 Clm No: 161 Clm. Amt: $5,547.11**

*110 W 7th St, Ste 1400*
*Tulsa, OK 74119*
**Date Filed:** 1/25/2025
**Claim Face Value:** $5,547.11

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 271 | UNS | | | $5,547.11 | | |
| | | | | $5,547.11 | | |

**Airgas USA, LLC**
**Case(s): 271 Clm No: 162 Clm. Amt: $711.12**

*110 W 7th St, Ste 1400*
*Tulsa, OK 74119*
**Date Filed:** 1/25/2025
**Claim Face Value:** $711.12

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 271 | UNS | | | $711.12 | | |
| | | | | $711.12 | | |

**Airgas USA, LLC**
**Case(s): 271 Clm No: 163 Clm. Amt: $332.40**

*110 W 7th St, Ste 1400*
*Tulsa, OK 74119*
**Date Filed:** 1/25/2025
**Claim Face Value:** $332.40

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 271 | UNS | | | $332.40 | | |
| | | | | $332.40 | | |

**Airgas USA, LLC**
**Case(s): 271 Clm No: 164 Clm. Amt: $355.56**

*110 W 7th St, Ste 1400*
*Tulsa, OK 74119*
**Date Filed:** 1/25/2025
**Claim Face Value:** $355.56

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 271 | UNS | | | $355.56 | | |
| | | | | $355.56 | | |

**Airgas USA, LLC**
**Case(s): 271 Clm No: 165 Clm. Amt: $773.77**

*110 W 7th St, Ste 1400*
*Tulsa, OK 74119*
**Date Filed:** 1/25/2025
**Claim Face Value:** $773.77

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 271 | UNS | | | $773.77 | | |
| | | | | $773.77 | | |

**Airgas USA, LLC**
**Case(s): 271 Clm No: 166 Clm. Amt: $861.61**

*110 W 7th St, Ste 1400*
*Tulsa, OK 74119*
**Date Filed:** 1/25/2025
**Claim Face Value:** $861.61

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 271 | UNS | | | $861.61 | | |
| | | | | $861.61 | | |

**Airgas USA, LLC**
**Case(s): 271 Clm No: 167 Clm. Amt: $355.56**

*110 W 7th St, Ste 1400*
*Tulsa, OK 74119*
**Date Filed:** 1/25/2025
**Claim Face Value:** $355.56

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 271 | UNS | | | $355.56 | | |
| | | | | $355.56 | | |

**Airgas USA, LLC**
**Case(s): 271 Clm No: 168 Clm. Amt: $768.01**

*110 W 7th St, Ste 1400*
*Tulsa, OK 74119*
**Date Filed:** 1/25/2025
**Claim Face Value:** $768.01

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 271 | UNS | | | $768.01 | | |
| | | | | $768.01 | | |

**Airgas USA, LLC**
**Case(s): 271 Clm No: 169 Clm. Amt: $737.84**

*110 W 7th St, Ste 1400*
*Tulsa, OK 74119*
**Date Filed:** 1/25/2025
**Claim Face Value:** $737.84

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 271 | UNS | | | $737.84 | | |
| | | | | $737.84 | | |

**Airgas USA, LLC**
**Case(s): 271 Clm No: 170 Clm. Amt: $355.56**

*110 W 7th St, Ste 1400*
*Tulsa, OK 74119*
**Date Filed:** 1/25/2025
**Claim Face Value:** $355.56

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 271 | UNS | | | $355.56 | | |
| | | | | $355.56 | | |

**Airgas USA, LLC**
**Case(s): 271 Clm No: 171 Clm. Amt: $780.45**

*110 W 7th St, Ste 1400*
*Tulsa, OK 74119*
**Date Filed:** 1/25/2025
**Claim Face Value:** $780.45

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 271 | UNS | | | $780.45 | | |
| | | | | $780.45 | | |

**Airgas USA, LLC**
**Case(s): 271 Clm No: 172 Clm. Amt: $711.12**

*110 W 7th St, Ste 1400*
*Tulsa, OK 74119*
**Date Filed:** 1/25/2025
**Claim Face Value:** $711.12

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 271 | UNS | | | $711.12 | | |
| | | | | $711.12 | | |

**Airgas USA, LLC**
**Case(s): 271 Clm No: 173 Clm. Amt: $385.49**

*110 W 7th St, Ste 1400*
*Tulsa, OK 74119*
**Date Filed:** 1/25/2025
**Claim Face Value:** $385.49

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 271 | UNS | | | $385.49 | | |
| | | | | $385.49 | | |

**Airgas USA, LLC**
**Case(s): 271 Clm No: 174 Clm. Amt: $355.56**

*110 W 7th St, Ste 1400*
*Tulsa, OK 74119*
**Date Filed:** 1/25/2025
**Claim Face Value:** $355.56

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 271 | UNS | | | $355.56 | | |
| | | | | $355.56 | | |

**Airgas USA, LLC**

**Case(s): 271 Clm No: 175 Clm. Amt: $1,261.82**

*110 W 7th St, Ste 1400*
*Tulsa, OK 74119*
**Date Filed:** 1/25/2025
**Claim Face Value:** $1,261.82

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 271 | UNS | | | $1,261.82 | | |
| | | | | $1,261.82 | | |

**Airgas USA, LLC**

**Case(s): 271 Clm No: 176 Clm. Amt: $355.56**

*110 W 7th St, Ste 1400*
*Tulsa, OK 74119*
**Date Filed:** 1/25/2025
**Claim Face Value:** $355.56

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 271 | UNS | | | $355.56 | | |
| | | | | $355.56 | | |

**Airgas USA, LLC**

**Case(s): 271 Clm No: 177 Clm. Amt: $866.57**

*110 W 7th St, Ste 1400*
*Tulsa, OK 74119*
**Date Filed:** 1/25/2025
**Claim Face Value:** $866.57

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 271 | UNS | | | $866.57 | | |
| | | | | $866.57 | | |

**Airgas USA, LLC**

**Case(s): 271 Clm No: 178 Clm. Amt: $384.00**

*110 W 7th St, Ste 1400*
*Tulsa, OK 74119*
**Date Filed:** 1/25/2025
**Claim Face Value:** $384.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 271 | UNS | | | $384.00 | | |
| | | | | $384.00 | | |

**Airgas USA, LLC**

**Case(s): 271 Clm No: 179 Clm. Amt: $709.34**

*110 W 7th St, Ste 1400*
*Tulsa, OK 74119*
**Date Filed:** 1/25/2025
**Claim Face Value:** $709.34

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 271 | UNS | | | $709.34 | | |
| | | | | $709.34 | | |

**Airgas USA, LLC**

**Case(s): 271 Clm No: 180 Clm. Amt: $391.12**

*110 W 7th St, Ste 1400*
*Tulsa, OK 74119*
**Date Filed:** 1/25/2025
**Claim Face Value:** $391.12

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 271 | UNS | | | $391.12 | | |
| | | | | $391.12 | | |

**Airgas USA, LLC**
**Case(s): 271 Clm No: 136 Clm. Amt: $355.56**

*110 W 7th St, Ste 1400*
*Tulsa, OK 74119*
**Date Filed:** 1/25/2025
**Claim Face Value:** $355.56

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 271 | UNS | | | $355.56 | | |
| | | | | $355.56 | | |

**Airgas USA, LLC**
**Case(s): 271 Clm No: 185 Clm. Amt: $760.90**

*110 W 7th St, Ste 1400*
*Tulsa, OK 74119*
**Date Filed:** 1/31/2025
**Claim Face Value:** $760.90

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 271 | UNS | | | $760.90 | | |
| | | | | $760.90 | | |

**Airgas USA, LLC**
**Case(s): 271 Clm No: 186 Clm. Amt: $732.23**

*110 W 7th St, Ste 1400*
*Tulsa, OK 74119*
**Date Filed:** 1/31/2025
**Claim Face Value:** $723.23

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 271 | UNS | | | $732.23 | | |
| | | | | $732.23 | | |

**Airgas USA, LLC**
**Case(s): 271 Clm No: 187 Clm. Amt: $664.80**

*110 W 7th St, Ste 1400*
*Tulsa, OK 74119*
**Date Filed:** 1/31/2025
**Claim Face Value:** $664.80

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 271 | UNS | | | $664.80 | | |
| | | | | $664.80 | | |

**Airgas USA, LLC**
**Case(s): 271 Clm No: 188 Clm. Amt: $332.40**

*110 W 7th St, Ste 1400*
*Tulsa, OK 74119*
**Date Filed:** 1/31/2025
**Claim Face Value:** $332.40

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 271 | UNS | | | $332.40 | | |
| | | | | $332.40 | | |

**Airgas USA, LLC**
**Case(s): 271 Clm No: 189 Clm. Amt: $906.26**

*110 W 7th St, Ste 1400*
*Tulsa, OK 74119*
**Date Filed:** 1/31/2025
**Claim Face Value:** $906.26

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 271 | UNS | | | $906.26 | | |
| | | | | $906.26 | | |

## Airgas USA, LLC
### Case(s): 271 Clm No: 184 Clm. Amt: $365.92

*110 W 7th St, Ste 1400*
*Tulsa, OK 74119*
**Date Filed:** 1/31/2025
**Claim Face Value:** $365.92

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 271 | UNS | | | $365.92 | | |
| | | | | $365.92 | | |

## Airgas USA, LLC
### Case(s): 271 Clm No: 197 Clm. Amt: $760.90

*110 W 7th St, Ste 1400*
*Tulsa, OK 74119*
**Date Filed:** 2/18/2025
**Claim Face Value:** $760.90

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 271 | UNS | | | $760.90 | | |
| | | | | $760.90 | | |

## Allied Medical LLC
### Case(s): 271 Clm No: 108 Clm. Amt: $6,795.43

*1720 Sublette Ave*
*St Louis, MO 63144*
**Date Filed:** 12/12/2024
**Claim Face Value:** $6,795.43

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 271 | UNS | | | $6,795.43 | | |
| | | | | $6,795.43 | | |

## Amico Patient Care Corporation
### Case(s): 281 Clm No: 2 Clm. Amt: $16,895.24

*122 E Beaver Creek Rd*
*Richmond Hill, ON L4B 1G6*
*Canada*
**Date Filed:** 11/4/2024
**Claim Face Value:** $16,895.24

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 281 | UNS | | | $16,895.24 | | |
| | | | | $16,895.24 | | |

## AR Medical Solutions LLC
### Case(s): 271 Clm No: 6 Clm. Amt: $51,300.00

*1021 S Rogers Cir, Unit 8*
*Boca Raton, FL 33487*
**Date Filed:** 10/14/2024
**Claim Face Value:** $51,300.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 271 | UNS | | | $51,300.00 | | |
| | | | | $51,300.00 | | |

## Aramark Refreshments Services, LLC
### Case(s): 271 Clm No: 99 Clm. Amt: $1,685.07

*c/o Hawley Troxell Ennis & Hawley LLP*
*Attn: Devin G Bray*
*P.O. Box 1617*
*877 Main St, Ste 200*
*Boise, ID 83701*
**Date Filed:** 12/4/2024
**Claim Face Value:** $1,685.07

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 271 | ADM | | | $430.84 | | |
| 271 | UNS | | | $1,254.23 | | |
| | | | | $1,685.07 | | |

### Arizona Department of Revenue
### Case(s): 271 Clm No: 78 Clm. Amt: $200.00

c/o Office of the Arizona Attorney General - BCE
2005 N Central Ave, Ste 100
Phoenix, AZ 85004
**Date Filed:** 11/20/2024
**Claim Face Value:** $200.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 271 | PRI | | | $200.00 | | |
| | | | | $200.00 | | |

### Arizona Department of Revenue
### Case(s): 276 Clm No: 2 Clm. Amt: $54,000.00

c/o Office of the Arizona Attorney General - BCE
2005 N Central Ave, Ste 100
Phoenix, AZ 85004
**Date Filed:** 11/20/2024
**Claim Face Value:** $54,000.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 276 | PRI | | | $54,000.00 | | |
| | | | | $54,000.00 | | |

### Arizona Department of Revenue
### Case(s): 274 Clm No: 6 Clm. Amt: $3,502.00

c/o Office of the Arizona Attorney General - BCE
2005 N Central Ave, Ste 100
Phoenix, AZ 85004
**Date Filed:** 11/21/2024
**Claim Face Value:** $3,502.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 274 | PRI | | | $3,502.00 | | |
| | | | | $3,502.00 | | |

### Arizona Department of Revenue
### Case(s): 273 Clm No: 9 Clm. Amt: $16,000.00

c/o Office of the Arizona Attorney General - BCE
2005 N Central Ave, Ste 100
Phoenix, AZ 85004
**Date Filed:** 11/21/2024
**Claim Face Value:** $16,000.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 273 | PRI | | | $16,000.00 | | |
| | | | | $16,000.00 | | |

### Array Tech LLC dba OC-IT
### Case(s): 271 Clm No: 29 Clm. Amt: $37,690.30

Attn: Edward Alabran
25108 Marguerite Pkwy, Unit A435
Mission Viejo, CA 92692
**Date Filed:** 10/25/2024
**Claim Face Value:** $37,690.30

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 271 | UNS | | | $37,690.30 | | |
| | | | | $37,690.30 | | |

### Atlantic Biomedical
### Case(s): 271 Clm No: 92 Clm. Amt:

4707 Benson Ave
Baltimore, MD 21227
**Date Filed:** 11/29/2024
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 271 | UNS | | | | | |

## Authorized Acquisitions, LLC
### Case(s): 271 Clm No: 41 Clm. Amt: $47,001.50

9830 W 190th St, Ste M
Mokena, IL 60448
**Date Filed:** 10/30/2024
**Claim Face Value:** $47,001.50

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 271 | UNS | | | $47,001.50 | | |
| | | | | $47,001.50 | | |

## Bahadir USA LLC
### Case(s): 271 Clm No: 39 Clm. Amt: $1,787.82

431 S Pennsville Auburn Rd
Carneys Point, NJ 08069
**Date Filed:** 10/29/2024
**Claim Face Value:** $1,787.82

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 271 | UNS | | | $1,787.82 | | |
| | | | | $1,787.82 | | |

## Batteries Plus Bulbs
### Case(s): 273 Clm No: 5 Clm. Amt: $332.20

P.O. Box 303
N Manchester, IN 46962
**Date Filed:** 11/4/2024
**Claim Face Value:** $332.20

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 273 | UNS | | | $332.20 | | |
| | | | | $332.20 | | |

## BC Group International Inc.
### Case(s): 271 Clm No: 110 Clm. Amt: $3,744.00

3081 Elm Point Industrial Dr
St Charles, MO 63301
**Date Filed:** 12/16/2024
**Claim Face Value:** $3,744.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 271 | UNS | | | $3,744.00 | | |
| | | | | $3,744.00 | | |

## Bergmann Precision Inc
### Case(s): 273 Clm No: 6 Clm. Amt: $10,277.11

3730 E Southern Ave
Phoenix, AZ 85040
**Date Filed:** 11/18/2024
**Claim Face Value:** $10,277.11

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 273 | UNS | | | $10,277.11 | | |
| | | | | $10,277.11 | | |

## Beyondsoft Consulting, Inc
### Case(s): 271 Clm No: 73 Clm. Amt: $381,693.00

Attn: Simon Su
10700 Northrup Way, Ste 120
Bellevue, WA 98004
**Date Filed:** 11/18/2024
**Claim Face Value:** $381,693.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 271 | UNS | | | $381,693.00 | | |
| | | | | $381,693.00 | | |

## Biomedix Medical Inc
### Case(s): 271 Clm No: 25 Clm. Amt: $17,400.00

*P.O. Box 457*
*Avondale, PA 19311*
**Date Filed:** 10/24/2024
**Claim Face Value:** $17,400.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 271 | UNS | | | $17,400.00 | | |
| | | | | $17,400.00 | | |

## Black Equipment Company East, Inc.
### Case(s): 271 Clm No: 52 Clm. Amt: $645.08

*4092 McCollum Ct*
*Louisville, KY 40218*
**Date Filed:** 11/6/2024
**Claim Face Value:** $645.08

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 271 | UNS | | | $645.08 | | |
| | | | | $645.08 | | |

## Block Imaging Parts & Service, LLC
### Case(s): 271 Clm No: 198 Clm. Amt: $40,400.00

*1845 Cedar St*
*Holt, MI 48842*
**Date Filed:** 2/20/2025
**Claim Face Value:** $40,400.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 271 | 503(b)(9) | | | $40,400.00 | | |
| | | | | $40,400.00 | | |

## Block Imaging Parts & Service, LLC
### Case(s): 271 Clm No: 199 Clm. Amt: $114,513.00

*1845 Cedar St*
*Holt, MI 48842*
**Date Filed:** 2/20/2025
**Orig. Date Filed:** 1/25/2025
**Amending Clm #:** 137
**Claim Face Value:** $114,513.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 271 | UNS | | | $114,513.00 | | |
| | | | | $114,513.00 | | |

## Block Imaging Parts & Service, LLC
### Case(s): 271 Clm No: 137 Clm. Amt: $154,913.50

*1845 Cedar St*
*Holt, MI 48842*
**Date Filed:** 1/25/2025
**Amended By Clm #:** 199
**Claim Face Value:** $154,913.50

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 271 | UNS | | | $154,913.50 | | |
| | | | | $154,913.50 | | |

## BMX-Ray Inc
### Case(s): 271 Clm No: 195 Clm. Amt: $950.00

*12420 73rd Ct, Unit A*
*Largo, FL 33773*
**Date Filed:** 2/10/2025
**Claim Face Value:** $950.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 271 | UNS | | | $950.00 | | |
| | | | | $950.00 | | |

### Bob Potokar dba Anskar Medical Group
### Case(s): 271 Clm No: 49 Clm. Amt: $23,668.00

5612 Reef Rd
*Mentor on the Lake, OH 44060*
**Date Filed:** 11/5/2024
**Claim Face Value:** $23,668.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 271 | UNS | | | $23,668.00 | | |
| | | | | $23,668.00 | | |

### Bonin Holdings LLC
### Case(s): 281 Clm No: 8 Clm. Amt:

*c/o Rutan & Tucker, LLP*
*Attn: Roger F Friedman*
*18575 Jamboree Rd, 9th Fl*
*Irvine, CA 92612*
**Date Filed:** 12/18/2024
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 281 | UNS | | | | | |

### Breakaway Consultants, Inc
### Case(s): 271 Clm No: 9 Clm. Amt: $8,500.00

19 Exmoor Ct
*Highwood, IL 60040*
**Date Filed:** 10/15/2024
**Claim Face Value:** $8,500.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 271 | UNS | | | $8,500.00 | | |
| | | | | $8,500.00 | | |

### BSI Group America, Inc
### Case(s): 271 Clm No: 205 Clm. Amt: $24,225.00

*Attn: Olga Ojeda*
*12950 Worldgate Dr, Ste 800*
*Herndon, VA 20170*
**Date Filed:** 4/4/2025
**Claim Face Value:** $24,225.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 271 | UNS | | | $24,225.00 | | |
| | | | | $24,225.00 | | |

### Cables and Sensors
### Case(s): 271 Clm No: 132 Clm. Amt:

5874 S Semoran Blvd
*Orlando, FL 32822-4817*
**Date Filed:** 1/13/2025
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 271 | UNS | | | | | |

### California Department of Tax and Fee Administration
### Case(s): 281 Clm No: 12 Clm. Amt: $1,495,633.00

P.O. Box 942879
*Sacramento, CA 94279-0029*
**Date Filed:** 3/25/2025
**Claim Face Value:** $1,495,633.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 281 | PRI | | | $1,495,633.00 | | |
| | | | | $1,495,633.00 | | |

### California Department of Tax and Fee Administration
**Case(s): 280 Clm No: 5 Clm. Amt: $784,883.79**

*P.O. Box 942879*
*Sacramento, CA 94279-0029*
**Date Filed:** 3/25/2025
**Claim Face Value:** $784,883.79

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 280 | PRI | | | $784,883.79 | | |
| | | | | $784,883.79 | | |

### CC Medical LLC.
**Case(s): 271 Clm No: 66 Clm. Amt: $69,400.00**

*Attn: Bryan Carlin*
*1020 Calle Cordillera, Ste 103*
*San Clemente, CA 92673*
**Date Filed:** 11/13/2024
**Claim Face Value:** $69,400.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 271 | UNS | | | $69,400.00 | | |
| | | | | $69,400.00 | | |

### Cintas Corporation
**Case(s): 271 Clm No: 133 Clm. Amt: $9,587.10**

*Attn: Stephen J Malkiewicz, Bankruptcy Counsel*
*6800 Cintas Blvd*
*Mason, OH 45040*
**Date Filed:** 1/17/2025
**Claim Face Value:** $9,587.10

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 271 | UNS | | | $9,587.10 | | |
| | | | | $9,587.10 | | |

### Clearer Imaging, LLC
**Case(s): 271 Clm No: 10 Clm. Amt: $182,500.00**

*Attn: Jordan Clinkenbeard*
*1546 E Jeanine Dr*
*Tempe, AZ 85284*
**Date Filed:** 10/16/2024
**Claim Face Value:** $182,500.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 271 | UNS | | | $182,500.00 | | |
| | | | | $182,500.00 | | |

### Commonwealth of Virginia Department of Taxation
**Case(s): 274 Clm No: 13 Clm. Amt: $3,877.63**

*P.O. Box 2156*
*Richmond, VA 23218*
**Date Filed:** 2/3/2025
**Claim Face Value:** $3,877.63

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 274 | PRI | | | $2,800.51 | | |
| 274 | UNS | | | $1,077.12 | | |
| | | | | $3,877.63 | | |

### Commonwealth of Virginia Department of Taxation
**Case(s): 271 Clm No: 190 Clm. Amt: $70.58**

*P.O. Box 2156*
*Richmond, VA 23218*
**Date Filed:** 2/3/2025
**Claim Face Value:** $70.58

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 271 | UNS | | | $70.58 | | |
| | | | | $70.58 | | |

### Commonwealth of Virginia Department of Taxation
**Case(s): 271 Clm No: 128 Clm. Amt: $70.58**

*P.O. Box 2156*
*Richmond, VA 23218*
**Date Filed:** 1/8/2025
**Claim Face Value:** $70.58

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 271 | UNS | | | $70.58 | | |
| | | | | $70.58 | | |

### Commonwealth of Virginia Department of Taxation
**Case(s): 274 Clm No: 11 Clm. Amt: $3,877.63**

*P.O. Box 2156*
*Richmond, VA 23218*
**Date Filed:** 1/8/2025
**Claim Face Value:** $3,877.63

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 274 | PRI | | | $2,800.51 | | |
| 274 | UNS | | | $1,077.12 | | |
| | | | | $3,877.63 | | |

### Comptroller of Maryland
**Case(s): 274 Clm No: 16 Clm. Amt: $2,466.00**

*Attn: Bankruptcy Unit*
*7 St Paul St, Rm 230*
*Baltimore, Md 21202*
**Date Filed:** 2/21/2025
**Claim Face Value:** $2,466.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 274 | PRI | | | $2,284.00 | | |
| 274 | UNS | | | $182.00 | | |
| | | | | $2,466.00 | | |

### Computer Network Solutions
**Case(s): 271 Clm No: 70 Clm. Amt: $3,000.00**

*20011 Hickory Wind Dr*
*Humble, TX 77346*
**Date Filed:** 11/16/2024
**Claim Face Value:** $3,000.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 271 | UNS | | | $3,000.00 | | |
| | | | | $3,000.00 | | |

### Concur Technologies, Inc.
**Case(s): 272 Clm No: 3 Clm. Amt: $18,252.33**

*601 108th Ave NE, Ste 1000*
*Bellevue, WA 98011*
**Date Filed:** 11/8/2024
**Claim Face Value:** $18,252.33

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 272 | UNS | | | $18,252.33 | | |
| | | | | $18,252.33 | | |

### Cryogenic Solutions, LLC
### Case(s): 271 Clm No: 117 Clm. Amt: $4,241.71

*Attn: Travis Caulk*
*4305 Saguaro Trl*
*Indianapolis, IN 46268*
**Date Filed:** 12/20/2024
**Claim Face Value:** $4,241.71

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 271 | UNS | | | $4,241.71 | | |
| | | | | $4,241.71 | | |

### Department of Employment, Training and Rehabilitation
### Case(s): 272 Clm No: 10 Clm. Amt: $6.49

*500 E 3rd St*
*Carson City, NV 89713-0030*
**Date Filed:** 3/25/2025
**Claim Face Value:** $6.49

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 272 | PRI | | | $6.49 | | |
| | | | | $6.49 | | |

### Department of Treasury - Internal Revenue Service
### Case(s): 272 Clm No: 9 Clm. Amt: $334.03

*P.O. Box 7346*
*Philadelphia, PA 19101-7346*
**Date Filed:** 2/13/2025
**Orig. Date Filed:** 11/21/2024
**Amending Clm #:** 5
**Claim Face Value:** $334.03

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 272 | UNS | | | $334.03 | | |
| | | | | $334.03 | | |

### Department of Treasury - Internal Revenue Service
### Case(s): 274 Clm No: 15 Clm. Amt:

*P.O. Box 7346*
*Philadelphia, PA 19101-7346*
**Date Filed:** 2/13/2025
**Orig. Date Filed:** 11/21/2024
**Amending Clm #:** 7
**Claim Face Value:** $0.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 274 | | | | $0.00 | | |
| | | | | $0.00 | | |

### Department of Treasury - Internal Revenue Service
### Case(s): 279 Clm No: 1 Clm. Amt: $1,120,923.33

*P.O. Box 7346*
*Philadelphia, PA 19101-7346*
**Date Filed:** 2/13/2025
**Claim Face Value:** $1,120,923.33

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 279 | PRI | | | $1,085,456.16 | | |
| 279 | UNS | | | $35,467.17 | | |
| | | | | $1,120,923.33 | | |

### Department of Treasury - Internal Revenue Service
### Case(s): 280 Clm No: 3 Clm. Amt: $44,360.93

*P.O. Box 7346*
*Philadelphia, PA 19101-7346*
**Date Filed:** 2/13/2025
**Orig. Date Filed:** 12/26/2024
**Amending Clm #:** 2
**Claim Face Value:** $44,360.93

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 280 | UNS | | | $44,360.93 | | |
| | | | | $44,360.93 | | |

### Department of Treasury - Internal Revenue Service
### Case(s): 281 Clm No: 11 Clm. Amt: $1,272.85

*P.O. Box 7346*
*Philadelphia, PA 19101-7346*
**Date Filed:** 2/13/2025
**Orig. Date Filed:** 12/11/2024
**Amending Clm #:** 7
**Claim Face Value:** $1,272.85

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------:|-----|---------------------|
| 281  | PRI   |        |           | $276.41               |     |                     |
| 281  | UNS   |        |           | $996.44               |     |                     |
|      |       |        |           | $1,272.85             |     |                     |

### Department of Treasury - Internal Revenue Service
### Case(s): 271 Clm No: 51 Clm. Amt: $3,990,629.58

*P.O. Box 7346*
*Philadelphia, PA 19101-7346*
**Date Filed:** 11/6/2024
**Claim Face Value:** $3,990,629.58

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------:|-----|---------------------|
| 271  | PRI   |        |           | $3,990,629.58         |     |                     |
|      |       |        |           | $3,990,629.58         |     |                     |

### Department of Treasury - Internal Revenue Service
### Case(s): 280 Clm No: 2 Clm. Amt: $209,571.81

*P.O. Box 7346*
*Philadelphia, PA 19101-7346*
**Date Filed:** 12/26/2024
**Amended By Clm #:** 3
**Claim Face Value:** $209,571.81

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------:|-----|---------------------|
| 280  | PRI   |        |           | $165,210.88           |     |                     |
| 280  | UNS   |        |           | $44,360.93            |     |                     |
|      |       |        |           | $209,571.81           |     |                     |

### Department of Treasury - Internal Revenue Service
### Case(s): 276 Clm No: 3 Clm. Amt: $6,148,304.30

*P.O. Box 7346*
*Philadelphia, PA 19101-7346*
**Date Filed:** 1/15/2025
**Claim Face Value:** $6,148,304.30

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------:|-----|---------------------|
| 276  | PRI   |        |           | $6,148,304.30         |     |                     |
|      |       |        |           | $6,148,304.30         |     |                     |

### Department of Treasury - Internal Revenue Service
### Case(s): 272 Clm No: 5 Clm. Amt: $558,185.49

*P.O. Box 7346*
*Philadelphia, PA 19101-7346*
**Date Filed:** 11/21/2024
**Amended By Clm #:** 9
**Claim Face Value:** $558,185.49

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------:|-----|---------------------|
| 272  | PRI   |        |           | $557,851.46           |     |                     |
| 272  | UNS   |        |           | $334.03               |     |                     |
|      |       |        |           | $558,185.49           |     |                     |

### Department of Treasury - Internal Revenue Service
### Case(s): 273 Clm No: 8 Clm. Amt: $1,832,932.64

*P.O. Box 7346*
*Philadelphia, PA 19101-7346*
**Date Filed:** 11/21/2024
**Claim Face Value:** $1,832,932.64

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 273 | PRI | | | $1,828,834.35 | | |
| 273 | UNS | | | $4,098.29 | | |
| | | | | $1,832,932.64 | | |

### Department of Treasury - Internal Revenue Service
### Case(s): 274 Clm No: 7 Clm. Amt: $100.00

*P.O. Box 7346*
*Philadelpiha, PA 19101-7346*
**Date Filed:** 11/21/2024
**Amended By Clm #:** 15
**Claim Face Value:** $100.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 274 | PRI | | | $100.00 | | |
| | | | | $100.00 | | |

### Department of Treasury - Internal Revenue Service
### Case(s): 278 Clm No: 1 Clm. Amt: $80,530.77

*P.O. Box 7346*
*Philadelphia, PA 19101-7346*
**Date Filed:** 12/11/2024
**Claim Face Value:** $80,530.77

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 278 | PRI | | | $80,530.77 | | |
| | | | | $80,530.77 | | |

### Department of Treasury - Internal Revenue Service
### Case(s): 275 Clm No: 1 Clm. Amt: $198,513.82

*P.O. Box 7346*
*Philadelpiha, PA 19101-7346*
**Date Filed:** 12/11/2024
**Claim Face Value:** $198,513.82

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 275 | PRI | | | $198,307.25 | | |
| 275 | UNS | | | $206.57 | | |
| | | | | $198,513.82 | | |

### Department of Treasury - Internal Revenue Service
### Case(s): 277 Clm No: 2 Clm. Amt: $6,894,228.46

*P.O. Box 7346*
*Philadelpiha, PA 19101-7346*
**Date Filed:** 12/11/2024
**Claim Face Value:** $6,894,228.46

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 277 | PRI | | | $6,894,228.46 | | |
| | | | | $6,894,228.46 | | |

**Department of Treasury - Internal Revenue Service**
**Case(s): 282 Clm No: 2 Clm. Amt: $200.00**

*P.O. Box 7346*
*Philadelpiha, PA 19101-7346*
**Date Filed:** 12/11/2024
**Claim Face Value:** $200.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 282 | PRI | | | $200.00 | | |
| | | | | $200.00 | | |

**Department of Treasury - Internal Revenue Service**
**Case(s): 281 Clm No: 7 Clm. Amt: $463,153.49**

*P.O. Box 7346*
*Philadelpiha, PA 19101-7346*
**Date Filed:** 12/11/2024
**Amended By Clm #:** 11
**Claim Face Value:** $463,153.49

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 281 | PRI | | | $462,157.05 | | |
| 281 | UNS | | | $996.44 | | |
| | | | | $463,153.49 | | |

**Develop A Staff, LLC**
**Case(s): 271 Clm No: 94 Clm. Amt: $8,403.20**

*1735 W Burnett Ave*
*Louisville, KY 40210*
**Date Filed:** 12/2/2024
**Claim Face Value:** $8,403.20

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 271 | UNS | | | $8,403.20 | | |
| | | | | $8,403.20 | | |

**Dewey's Service Company LLC**
**Case(s): 271 Clm No: 134 Clm. Amt: $5,970.00**

*101 Leventis Dr*
*Columbia, SC 29209*
**Date Filed:** 1/21/2025
**Claim Face Value:** $5,970.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 271 | UNS | | | $5,970.00 | | |
| | | | | $5,970.00 | | |

**Diagnostic Consultation Services**
**Case(s): 271 Clm No: 23 Clm. Amt: $14,000.00**

*Attn: James Warren*
*2123 Old Spartanburg Rd, Unit 315*
*Greer, SC 29650*
**Date Filed:** 10/23/2024
**Claim Face Value:** $14,000.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 271 | UNS | | | $14,000.00 | | |
| | | | | $14,000.00 | | |

**DOAR, Inc**
**Case(s): 271 Clm No: 37 Clm. Amt: $30,801.73**

*1370 Broadway, Ste 1500*
*New York, NY 10018*
**Date Filed:** 10/28/2024
**Claim Face Value:** $30,801.73

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 271 | UNS | | | $30,801.73 | | |
| | | | | $30,801.73 | | |

## Dobbs Medical Sales, Inc
## Case(s): 271 Clm No: 42 Clm. Amt: $12,305.00

702 Kleberg Ct
Southlake, TX 76092
**Date Filed:** 10/31/2024
**Claim Face Value:** $12,305.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 271 | UNS | | | $12,305.00 | | |
| | | | | $12,305.00 | | |

## Domestic Linen Supply Company, Inc
## Case(s): 271 Clm No: 90 Clm. Amt: $8,549.55

Attn: Mark Colton
30555 Northwestern Hwy, Ste 300
Farmington Hills, MI 48334
**Date Filed:** 11/19/2024
**Claim Face Value:** $8,549.55

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 271 | UNS | | | $8,549.55 | | |
| | | | | $8,549.55 | | |

## Duplicator Sales & Service Inc
## Case(s): 273 Clm No: 4 Clm. Amt: $530.00

831 E Broadway
Louisville, KY 40204
**Date Filed:** 10/25/2024
**Claim Face Value:** $530.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 273 | UNS | | | $530.00 | | |
| | | | | $530.00 | | |

## e3 Diagnostics, Inc.
## Case(s): 271 Clm No: 63 Clm. Amt: $2,436.30

3333 N Kennicott Ave
Arlington Hts, IL 60004
**Date Filed:** 11/12/2024
**Claim Face Value:** $2,436.30

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 271 | UNS | | | $2,436.30 | | |
| | | | | $2,436.30 | | |

## ElectroCraft Ohio, Inc
## Case(s): 282 Clm No: 1 Clm. Amt: $3,962.70

250 McCormick Rd
Gallipolis, OH 45631
**Date Filed:** 10/28/2024
**Claim Face Value:** $3,962.70

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 282 | UNS | | | $3,962.70 | | |
| | | | | $3,962.70 | | |

## Elite Biomedical Solutions, LLC
## Case(s): 273 Clm No: 16 Clm. Amt: $2,660.17

756 Old State Rte 74, Ste C
Cincinnati, OH 45245
**Date Filed:** 12/10/2024
**Claim Face Value:** $2,660.17

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 273 | UNS | | | $2,660.17 | | |
| | | | | $2,660.17 | | |

### Elite Biomedical Solutions, LLC
### Case(s): 281 Clm No: 6 Clm. Amt: $52,765.00

756 Old State Rte 74, Ste C
Cincinnati, OH 45245
**Date Filed:** 12/10/2024
**Claim Face Value:** $52,765.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 281 | UNS | | | $52,765.00 | | |
| | | | | $52,765.00 | | |

### Engler Engineering Corporation
### Case(s): 271 Clm No: 97 Clm. Amt: $2,430.25

1099 E 47th St
Hialeah, FL 33013
**Date Filed:** 12/4/2024
**Claim Face Value:** $2,430.25

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 271 | UNS | | | $2,430.25 | | |
| | | | | $2,430.25 | | |

### Ernest Packaging dba Ernest
### Case(s): 281 Clm No: 9 Clm. Amt: $16,649.21

5777 Smithway St
Commerce, CA 90040
**Date Filed:** 1/17/2025
**Claim Face Value:** $16,649.21

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 281 | UNS | | | $16,649.21 | | |
| | | | | $16,649.21 | | |

### Expedite Knight
### Case(s): 271 Clm No: 75 Clm. Amt: $66,006.65

266 Pokeberry Trl
Concord, NC 28027
**Date Filed:** 11/18/2024
**Claim Face Value:** $66,006.65

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 271 | UNS | | | $66,006.65 | | |
| | | | | $66,006.65 | | |

### FedEx Corporate Services Inc.
### Case(s): 271 Clm No: 135 Clm. Amt: $289,678.28

as Assignee of FedEx
Express/Ground/Freight/Office
3965 Airways Blvd, Module G, 3rd Fl
Memphis, TN 38116-5017
**Date Filed:** 1/22/2025
**Claim Face Value:** $289,678.28

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 271 | UNS | | | $289,678.28 | | |
| | | | | $289,678.28 | | |

### FedEx Services
### Case(s): 277 Clm No: 5 Clm. Amt:

**Date Filed:** 2/7/2025
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 277 | UNS | | | | | |

### Ferguson Supply & Box Mfg Co, Inc
### Case(s): 271 Clm No: 36 Clm. Amt: $7,510.62

*10820 Quality Dr*
*Charlotte, NC 28278*
**Date Filed:** 10/28/2024
**Claim Face Value:** $7,510.62

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 271 | UNS | | | $7,510.62 | | |
| | | | | $7,510.62 | | |

### Fire Safety First
### Case(s): 271 Clm No: 102 Clm. Amt: $5,825.40

*1170 E Fruit St*
*Santa Ana, CA 92701*
**Date Filed:** 12/5/2024
**Claim Face Value:** $5,825.40

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 271 | UNS | | | $5,825.40 | | |
| | | | | $5,825.40 | | |

### First Call Parts, Inc.
### Case(s): 271 Clm No: 124 Clm. Amt: $84,655.62

*1351 Southside Dr*
*Salem, VA 24153*
**Date Filed:** 1/2/2025
**Claim Face Value:** $84,655.62

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 271 | UNS | | | $84,655.62 | | |
| | | | | $84,655.62 | | |

### First Citizens Bank & Trust Company
### Case(s): 281 Clm No: 10 Clm. Amt: $3,251.40

*P.O. Box 593007*
*San Antonio, TX 78259*
**Date Filed:** 1/17/2025
**Claim Face Value:** $3,251.40

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 281 | UNS | | | $3,251.40 | | |
| | | | | $3,251.40 | | |

### Franchise Tax Board
### Case(s): 282 Clm No: 3 Clm. Amt: $3,175.15

*c/o Bankruptcy Section MS A340*
*P.O. Box 2952*
*Sacramento, CA 95812-2952*
**Date Filed:** 3/28/2025
**Claim Face Value:** $3,175.15

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 282 | PRI | | | $2,668.00 | | |
| 282 | UNS | | | $507.15 | | |
| | | | | $3,175.15 | | |

### Franchise Tax Board
**Case(s): 281 Clm No: 13 Clm. Amt: $6,923.30**

*c/o Bankruptcy Section MS A340*
*P.O. Box 2952*
*Sacramento, CA 95812-2952*
**Date Filed:** 3/28/2025
**Claim Face Value:** $6,923.30

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 281 | PRI | | | $264.20 | | |
| 281 | UNS | | | $6,659.10 | | |
| | | | | $6,923.30 | | |

### Franchise Tax Board
**Case(s): 271 Clm No: 202 Clm. Amt: $2,861.86**

*c/o Bankruptcy Section MS A340*
*P.O. Box 2952*
*Sacramento, CA 95812-2952*
**Date Filed:** 3/13/2025
**Amended By Clm #:** 206
**Claim Face Value:** $2,861.86

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 271 | PRI | | | $2,584.32 | | |
| 271 | UNS | | | $277.54 | | |
| | | | | $2,861.86 | | |

### Franchise Tax Board
**Case(s): 273 Clm No: 22 Clm. Amt: $2,861.86**

*c/o Bankruptcy Section MS A340*
*P.O. Box 2952*
*Sacramento, CA 95812-2952*
**Date Filed:** 3/13/2025
**Amended By Clm #:** 25
**Claim Face Value:** $2,861.86

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 273 | PRI | | | $2,584.32 | | |
| 273 | UNS | | | $277.54 | | |
| | | | | $2,861.86 | | |

### Franchise Tax Board
**Case(s): 274 Clm No: 17 Clm. Amt: $2,861.86**

*c/o Bankruptcy Section MS A340*
*P.O. Box 2952*
*Sacramento, CA 95812-2952*
**Date Filed:** 3/13/2025
**Claim Face Value:** $2,861.86

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 274 | PRI | | | $2,584.32 | | |
| 274 | UNS | | | $277.54 | | |
| | | | | $2,861.86 | | |

### Franchise Tax Board
**Case(s): 276 Clm No: 8 Clm. Amt: $1,768.96**

*c/o Bankruptcy Section MS A340*
*P.O. Box 2952*
*Sacramento, CA 95812-2952*
**Date Filed:** 3/13/2025
**Amended By Clm #:** 11
**Claim Face Value:** $1,768.96

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 276 | PRI | | | $1,704.96 | | |
| 276 | UNS | | | $64.00 | | |
| | | | | $1,768.96 | | |

**Franchise Tax Board**
**Case(s): 279 Clm No: 2 Clm. Amt: $5,238.40**

*c/o Bankruptcy Section MS A340*
*P.O. Box 2952*
*Sacramento, CA 95812-2952*
**Date Filed:** 3/18/2025
**Amended By Clm #:** 4
**Claim Face Value:** $5,238.40

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 279 | PRI | | | $2,584.32 | | |
| 279 | UNS | | | $2,654.08 | | |
| | | | | $5,238.40 | | |

**Franchise Tax Board**
**Case(s): 280 Clm No: 4 Clm. Amt: $2,861.86**

*c/o Bankruptcy Section MS A340*
*P.O. Box 2952*
*Sacramento, CA 95812-2952*
**Date Filed:** 3/18/2025
**Claim Face Value:** $2,861.86

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 280 | PRI | | | $2,584.32 | | |
| 280 | UNS | | | $277.54 | | |
| | | | | $2,861.86 | | |

**Franchise Tax Board**
**Case(s): 272 Clm No: 11 Clm. Amt: $33,545.58**

*c/o Bankruptcy Section MS A340*
*P.O. Box 2952*
*Sacramento, CA 95812-2952*
**Date Filed:** 3/24/2025
**Claim Face Value:** $33,545.58

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 272 | PRI | | | $26,512.47 | | |
| 272 | UNS | | | $7,033.11 | | |
| | | | | $33,545.58 | | |

**Franchise Tax Board**
**Case(s): 271 Clm No: 206 Clm. Amt: $856.78**

*c/o Bankruptcy Section MS A340*
*P.O. Box 2952*
*Sacramento, CA 95812-2952*
**Date Filed:** 4/7/2025
**Orig. Date Filed:** 3/13/2025
**Amending Clm #:** 202
**Claim Face Value:** $856.78

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 271 | PRI | | | $856.78 | | |
| | | | | $856.78 | | |

**Franchise Tax Board**
**Case(s): 273 Clm No: 25 Clm. Amt: $856.78**

*c/o Bankruptcy Section MS A340*
*P.O. Box 2952*
*Sacramento, CA 95812-2952*
**Date Filed:** 4/7/2025
**Orig. Date Filed:** 3/13/2025
**Amending Clm #:** 22
**Claim Face Value:** $856.78

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 273 | PRI | | | $856.78 | | |
| | | | | $856.78 | | |

### Franchise Tax Board
### Case(s): 276 Clm No: 11 Clm. Amt: $856.78

*c/o Bankruptcy Section MS A340*
*P.O. Box 2952*
*Sacramento, CA 95812-2952*
**Date Filed:** 4/7/2025
**Orig. Date Filed:** 3/13/2025
**Amending Clm #:** 8
**Claim Face Value:** $856.78

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 276 | PRI | | | $856.78 | | |
| | | | | $856.78 | | |

### Franchise Tax Board
### Case(s): 279 Clm No: 4 Clm. Amt: $5,238.40

*c/o Bankruptcy Section MS A340*
*P.O. Box 2952*
*Sacramento, CA 95812-2952*
**Date Filed:** 4/7/2025
**Orig. Date Filed:** 3/18/2025
**Amending Clm #:** 2
**Claim Face Value:** $5,238.40

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 279 | PRI | | | $856.78 | | |
| 279 | UNS | | | $4,381.62 | | |
| | | | | $5,238.40 | | |

### Franchise Tax Board
### Case(s): 281 Clm No: 14 Clm. Amt: $5,496.32

*c/o Bankruptcy Section MS A340*
*P.O. Box 2952*
*Sacramento, CA 95812-2952*
**Date Filed:** 4/7/2025
**Claim Face Value:** $5,496.32

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 281 | PRI | | | $264.20 | | |
| 281 | UNS | | | $5,232.12 | | |
| | | | | $5,496.32 | | |

### Franchise Tax Board
### Case(s): 282 Clm No: 4 Clm. Amt: $3,175.15

*c/o Bankruptcy Section MS A340*
*P.O. Box 2952*
*Sacramento, CA 95812-2952*
**Date Filed:** 4/7/2025
**Claim Face Value:** $3,175.15

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 282 | PRI | | | $2,668.00 | | |
| 282 | UNS | | | $507.15 | | |
| | | | | $3,175.15 | | |

### GHA Technologies Inc
### Case(s): 271 Clm No: 58 Clm. Amt: $14,597.89

*Attn: Taylor Bresnehan*
*8998 E Raintree Dr*
*Scottsdale, AZ 85260*
**Date Filed:** 11/7/2024
**Claim Face Value:** $14,597.89

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 271 | UNS | | | $14,597.89 | | |
| | | | | $14,597.89 | | |

### Global Packaging & Exports Inc
### Case(s): 271 Clm No: 48 Clm. Amt: $9,471.75

7723 Tylers Place Blvd, Unit 143
W Chester, OH 45069
**Date Filed:** 11/4/2024
**Claim Face Value:** $9,471.75

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 271 | UNS | | | $9,471.75 | | |
| | | | | $9,471.75 | | |

### GM Tech Services Corp
### Case(s): 271 Clm No: 30 Clm. Amt: $31,800.00

1121 N Cosby Way, Ste L
Anaheim, CA 92806
**Date Filed:** 10/25/2024
**Claim Face Value:** $31,800.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 271 | UNS | | | $31,800.00 | | |
| | | | | $31,800.00 | | |

### Greatrend (HK) Co, Ltd
### Case(s): 271 Clm No: 93 Clm. Amt: $99,750.00

R515, Fuyuding Bldg, 2 Rd, Gaoxingbei
Nanshan District, GD
Shenzhen 518057
China
**Date Filed:** 12/2/2024
**Claim Face Value:** $99,750.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 271 | UNS | | | $99,750.00 | | |
| | | | | $99,750.00 | | |

### Greatrend (HK) Co.,ltd
### Case(s): 271 Clm No: 131 Clm. Amt: $99,750.00

R515, Fuyuding Bldg, 2 Rd, Gaoxingbei
Nanshan District, GD
Shenzhen, 518057
China
**Date Filed:** 1/13/2025
**Claim Face Value:** $99,750.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 271 | UNS | | | $99,750.00 | | |
| | | | | $99,750.00 | | |

### Gumbo Medical LLC
### Case(s): 271 Clm No: 84 Clm. Amt: $42,176.14

2325 Prometheus Ct
Henderson, NV 89074
**Date Filed:** 11/22/2024
**Claim Face Value:** $42,176.14

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 271 | UNS | | | $42,176.14 | | |
| | | | | $42,176.14 | | |

### Hadi Dent Instruments Co
### Case(s): 271 Clm No: 85 Clm. Amt: $676.00

Mustafa Town Usman St S I E
Sialkot, Punjab 51310
Pakistan
**Date Filed:** 11/25/2024
**Claim Face Value:** $676.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 271 | UNS | Withdrawn | | $676.00 | | $0.00 |
| | | | | $676.00 | | $0.00 |

### Hallowell Engineering & Manufacturing Corp
**Case(s): 271 Clm No: 32 Clm. Amt: $8,067.58**

*35 Downing Industrial Park*
*Pittsfield, MA 01201*
**Date Filed:** 10/28/2024
**Claim Face Value:** $8,067.58

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 271 | UNS | | | $8,067.58 | | |
| | | | | $8,067.58 | | |

### Heartland Ultrasound LLC
**Case(s): 271 Clm No: 62 Clm. Amt: $1,025.00**

*Attn: Aaron Osgood*
*720 St James Pl, Ste A*
*Noblesville, IN 46060*
**Date Filed:** 11/12/2024
**Claim Face Value:** $1,025.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 271 | UNS | | | $1,025.00 | | |
| | | | | $1,025.00 | | |

### Hixson Handling, Inc
**Case(s): 271 Clm No: 11 Clm. Amt: $6,890.00**

*Attn: Jim Hixson*
*1128 Providence Ln*
*Lexington, KY 40502*
**Date Filed:** 10/16/2024
**Claim Face Value:** $6,890.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 271 | UNS | | | $6,890.00 | | |
| | | | | $6,890.00 | | |

### Host Labs LLC
**Case(s): 271 Clm No: 67 Clm. Amt: $24,500.00**

*Attn: Christian Masullo*
*59 Wesley Ave*
*Cherry Hill, NJ 08002*
**Date Filed:** 11/14/2024
**Claim Face Value:** $24,500.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 271 | UNS | | | $24,500.00 | | |
| | | | | $24,500.00 | | |

### Illinois Department of Employment Security
**Case(s): 274 Clm No: 5 Clm. Amt: $1,126.91**

*33 S State St, 10th Fl*
*Chicago, IL 60603*
**Date Filed:** 11/18/2024
**Claim Face Value:** $1,126.91

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 274 | PRI | | | $846.92 | | |
| 274 | UNS | | | $279.99 | | |
| | | | | $1,126.91 | | |

### Illinois Department of Revenue
**Case(s): 274 Clm No: 10 Clm. Amt: $36.46**

*Attn: Bankruptcy Section*
*P.O. Box 19035*
*Springfield, IL 62794-9035*
**Date Filed:** 12/10/2024
**Claim Face Value:** $36.46

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 274 | UNS | | | $36.46 | | |
| | | | | $36.46 | | |

### Image Technology Consulting LLC
### Case(s): 271 Clm No: 209 Clm. Amt: $155,130.00

*P.O. Box 40*
*Desoto, TX 75123*
**Date Filed:** 6/9/2025
**Claim Face Value:** $155,130.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 271 | UNS | | | $155,130.00 | | |
| | | | | $155,130.00 | | |

### Imprints Label & Decal
### Case(s): 271 Clm No: 116 Clm. Amt: $600.00

*P.O. Box 68477*
*Oro Valley, AZ 85737*
**Date Filed:** 12/20/2024
**Claim Face Value:** $600.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 271 | UNS | | | $600.00 | | |
| | | | | $600.00 | | |

### Indiana Department of Revenue
### Case(s): 274 Clm No: 2 Clm. Amt: $1,937.64

*100 N Senate Ave, N-240 MS 108*
*Indianapolis, IN 46204*
**Date Filed:** 10/22/2024
**Claim Face Value:** $1,937.64

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 274 | SEC | | | $1,937.64 | | |
| | | | | $1,937.64 | | |

### Infusion Pump Repair Corp.
### Case(s): 271 Clm No: 114 Clm. Amt: $7,875.00

*1421 Edinger Ave, Ste C*
*Tustin, CA 92780*
**Date Filed:** 12/19/2024
**Claim Face Value:** $7,875.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 271 | UNS | | | $7,875.00 | | |
| | | | | $7,875.00 | | |

### InfuSystem, Inc.
### Case(s): 271 Clm No: 76 Clm. Amt: $4,271.00

*Attn: Denise Cicchelli*
*3851 W Hamlin Rd*
*Rochester Hills, MI 48309*
**Date Filed:** 11/19/2024
**Claim Face Value:** $4,271.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 271 | UNS | | | $4,271.00 | | |
| | | | | $4,271.00 | | |

### Innovative Radiology
### Case(s): 271 Clm No: 71 Clm. Amt: $130,481.04

*Attn: Joshua Glass*
*1900 Rockdale Industrial Blvd NW*
*Conyers, GA 30012*
**Date Filed:** 11/18/2024
**Claim Face Value:** $130,481.04

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 271 | UNS | | | $130,481.04 | | |
| | | | | $130,481.04 | | |

## Integrated Medical Systems, Inc.
### Case(s): 273 Clm No: 10 Clm. Amt: $142.08

*Attn: Nicole DiOrio*
*594 Territorial Dr*
*Bolingbrook, IL 60440*
**Date Filed:** 11/25/2024
**Claim Face Value:** $142.08

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 273 | UNS | | | $142.08 | | |
| | | | | $142.08 | | |

## Interstate Billing Service, Inc.
### Case(s): 271 Clm No: 181 Clm. Amt: $3,740.98

*P.O. Box 2250*
*Decatur, AL 35609*
**Date Filed:** 1/28/2025
**Claim Face Value:** $3,740.98

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 271 | UNS | | | $3,740.98 | | |
| | | | | $3,740.98 | | |

## Iowa Department of Revenue
### Case(s): 273 Clm No: 21 Clm. Amt: $1,044.09

*c/o Office of Attorney General of Iowa*
*Attn: Bankruptcy Unit*
*1305 E Walnut St*
*Des Moines, IA 50319*
**Date Filed:** 2/24/2025
**Claim Face Value:** $1,044.09

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 273 | PRI | | | $1,044.09 | | |
| | | | | $1,044.09 | | |

## Jorgensen Laboratories, LLC
### Case(s): 271 Clm No: 112 Clm. Amt: $11,450.17

*1450 N Van Buren Ave*
*Loveland, CO 80538*
**Date Filed:** 12/16/2024
**Claim Face Value:** $11,450.17

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 271 | UNS | | | $11,450.17 | | |
| | | | | $11,450.17 | | |

## KEI Medical Imaging Services II, Inc.
### Case(s): 271 Clm No: 69 Clm. Amt: $110,700.00

*248 Investment Loop*
*Hutto, TX 78634*
**Date Filed:** 11/15/2024
**Claim Face Value:** $110,700.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 271 | UNS | | | $110,700.00 | | |
| | | | | $110,700.00 | | |

## Kuehne + Nagel, Inc.
### Case(s): 273 Clm No: 18 Clm. Amt: $2,305.29

*Attn: Carlos Lopez*
*950 - 900 Howe St, 9th Fl*
*Vancouver, BC V6Z 2M4*
*Canada*
**Date Filed:** 12/17/2024
**Claim Face Value:** $2,305.29

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 273 | UNS | | | $2,305.29 | | |
| | | | | $2,305.29 | | |

## Landstar Ranger Inc.
### Case(s): 271 Clm No: 68 Clm. Amt: $31,000.00

*13410 Sutton Park Dr S*
*Jacksonville, FL 32224*
**Date Filed:** 11/13/2024
**Claim Face Value:** $31,000.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 271  | UNS   |        |           | $31,000.00            |     |                      |
|      |       |        |           | $31,000.00            |     |                      |

## Linde Gas & Equipment Inc.
### Case(s): 281 Clm No: 3 Clm. Amt: $10,344.70

*c/o BARR Credit Services*
*3444 N Country Club Rd, Ste 200*
*Tucson, AZ 85716*
**Date Filed:** 11/21/2024
**Claim Face Value:** $10,344.70

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 281  | UNS   |        |           | $10,344.70            |     |                      |
|      |       |        |           | $10,344.70            |     |                      |

## Linde Gas & Equipment Inc.
### Case(s): 281 Clm No: 15 Clm. Amt: $10,344.70

*c/o BARR Credit Services*
*3444 N Country Club Rd, Ste 200*
*Tucson, AZ 85716*
**Date Filed:** 5/28/2025
**Claim Face Value:** $10,344.70

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 281  | UNS   |        |           | $10,344.70            |     |                      |
|      |       |        |           | $10,344.70            |     |                      |

## LinearPhysics, LLC
### Case(s): 271 Clm No: 196 Clm. Amt: $2,607.55

*9 S Broadway St*
*Lebanon, OH 45036*
**Date Filed:** 2/18/2025
**Claim Face Value:** $2,607.55

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 271  | UNS   |        |           | $2,607.55             |     |                      |
|      |       |        |           | $2,607.55             |     |                      |

## InterMed Group
### Case(s): 271 Clm No: 50 Clm. Amt: $12,942.20

*Attn: Julie Frederick*
*13351 NW US Hwy 441*
*Alachua, FL 32615*
**Date Filed:** 11/6/2024
**Claim Face Value:** $12,942.20

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 271  | UNS   |        |           | $12,942.20            |     |                      |
|      |       |        |           | $12,942.20            |     |                      |

## Louisiana Department of Revenue
### Case(s): 274 Clm No: 14 Clm. Amt: $1,000.00

*P.O. Box 66658*
*Baton Rouge, LA 70896-6658*
**Date Filed:** 2/3/2025
**Orig. Date Filed:** 11/26/2024
**Amending Clm #:** 9
**Claim Face Value:** $1,000.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 274  | PRI   |        |           | $1,000.00             |     |                      |
|      |       |        |           | $1,000.00             |     |                      |

### Louisiana Department of Revenue
### Case(s): 271 Clm No: 88 Clm. Amt: $2,000.00

*P.O. Box 66658*
*Baton Rouge, LA 70896-6658*
**Date Filed:** 11/26/2024
**Claim Face Value:** $2,000.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 271 | PRI | | | $2,000.00 | | |
| | | | | $2,000.00 | | |

### Louisiana Department of Revenue
### Case(s): 274 Clm No: 9 Clm. Amt: $1,000.00

*P.O. Box 66658*
*Baton Rouge, LA 70896-6658*
**Date Filed:** 11/26/2024
**Amended By Clm #:** 14
**Claim Face Value:** $1,000.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 274 | PRI | | | $1,000.00 | | |
| | | | | $1,000.00 | | |

### Mardav Solutions Limited
### Case(s): 271 Clm No: 103 Clm. Amt: $57,200.00

*Mardav House*
*205A Heywood Rd*
*Prestwich, Manchester M25 2QH*
*United Kingdom*
**Date Filed:** 12/6/2024
**Claim Face Value:** $57,200.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 271 | UNS | | | $57,200.00 | | |
| | | | | $57,200.00 | | |

### Mardav Solutions Limited
### Case(s): 271 Clm No: 118 Clm. Amt: $57,200.00

*Mardav House*
*205A Heywood Rd*
*Prestwich, Manchester M25 2QH*
*United Kingdom*
**Date Filed:** 12/21/2024
**Claim Face Value:** $57,200.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 271 | UNS | | | $57,200.00 | | |
| | | | | $57,200.00 | | |

### Massachusetts Department of Revenue
### Case(s): 277 Clm No: 7 Clm. Amt: $2,870.49

*c/o Bankruptcy Unit*
*P.O. Box 7090*
*Boston, MA 02204-7090*
**Date Filed:** 4/5/2025
**Amended By Clm #:** 8
**Claim Face Value:** $2,870.49

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 277 | PRI | | | $1,582.75 | | |
| 277 | UNS | | | $1,287.74 | | |
| | | | | $2,870.49 | | |

### Massachusetts Department of Revenue
### Case(s): 277 Clm No: 8 Clm. Amt: $2,831.21

*c/o Bankruptcy Unit*
*P.O. Box 7090*
*Boston, MA 02204-7090*
**Date Filed:** 6/2/2025
**Orig. Date Filed:** 4/5/2025
**Amending Clm #:** 7
**Claim Face Value:** $2,831.21

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 277 | PRI | | | $1,575.07 | | |
| 277 | UNS | | | $1,256.14 | | |
| | | | | $2,831.21 | | |

### Massachusetts Department of Revenue
### Case(s): 274 Clm No: 4 Clm. Amt: $17,353.08

*c/o Bankruptcy Unit*
*P.O. Box 7090*
*Boston, MA 02204-7090*
**Date Filed:** 11/12/2024
**Claim Face Value:** $17,353.08

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 274 | PRI | Withdrawn | | $15,813.08 | | $0.00 |
| 274 | UNS | Withdrawn | | $1,540.00 | | $0.00 |
| | | | | $17,353.08 | | $0.00 |

### Massachusetts Department of Revenue
### Case(s): 276 Clm No: 1 Clm. Amt: $88,463.89

*c/o Bankruptcy Unit*
*P.O. Box 7090*
*Boston, MA 02204-7090*
**Date Filed:** 11/12/2024
**Claim Face Value:** $88,463.89

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 276 | PRI | | | $63,648.00 | | |
| 276 | UNS | | | $24,815.89 | | |
| | | | | $88,463.89 | | |

### Master Medical Equipment, LLC
### Case(s): 273 Clm No: 20 Clm. Amt: $2,230.00

*2345 Dr FE Wright Dr*
*Jackson, TN 38305*
**Date Filed:** 1/17/2025
**Claim Face Value:** $2,230.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 273 | UNS | | | $2,230.00 | | |
| | | | | $2,230.00 | | |

### McMaster-Carr Supply Company
### Case(s): 271 Clm No: 120 Clm. Amt: $2,827.56

*1901 Riverside Pkwy*
*Douglasville, GA 30135*
**Date Filed:** 12/26/2024
**Claim Face Value:** $2,827.56

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 271 | UNS | | | $2,827.56 | | |
| | | | | $2,827.56 | | |

## MD Publishing Inc.
### Case(s): 271 Clm No: 91 Clm. Amt: $26,848.75

3401 Mallory Ln, Ste 100
Franklin, TN 37067
**Date Filed:** 11/29/2024
**Claim Face Value:** $26,848.75

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 271 | UNS | | | $26,848.75 | | |
| | | | | $26,848.75 | | |

## Med Equipment Pros, LLC
### Case(s): 271 Clm No: 59 Clm. Amt: $15,859.60

3562 Snowdon Dr
Westfield, IN 46074
**Date Filed:** 11/8/2024
**Claim Face Value:** $15,859.60

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 271 | UNS | | | $15,859.60 | | |
| | | | | $15,859.60 | | |

## Medical Equipment Doctor
### Case(s): 271 Clm No: 2 Clm. Amt: $34,147.00

Attn: Albert Negron
1382 Valencia Ave, Unit K
Tustin, CA 92780
**Date Filed:** 10/10/2024
**Claim Face Value:** $34,147.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 271 | UNS | | | $34,147.00 | | |
| | | | | $34,147.00 | | |

## Medical Source Group LLC
### Case(s): 271 Clm No: 3 Clm. Amt: $94,431.61

30767 Gateway Pl, Ste 116
Rancho Mission Viejo, CA 92694
**Date Filed:** 10/10/2024
**Claim Face Value:** $94,431.61

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 271 | UNS | Withdrawn | | $94,431.61 | | $0.00 |
| | | | | $94,431.61 | | $0.00 |

## MedicAlly International LLC
### Case(s): 271 Clm No: 101 Clm. Amt: $7,200.00

Attn: Scott O Hassler
27525 Puerta Real, Ste 300-104
Mission Viejo, CA 92691
**Date Filed:** 12/5/2024
**Orig. Date Filed:** 10/22/2024
**Amending Clm #:** 65
**Claim Face Value:** $7,200.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 271 | ADM | | | $4,500.00 | | |
| 271 | UNS | | | $2,700.00 | | |
| | | | | $7,200.00 | | |

## MedicAlly International LLC
### Case(s): 271 Clm No: 27 Clm. Amt: $7,100.00

Attn: Scott O Hassler
27525 Puerta Real, Ste 300-104
Mission Viejo, CA 92691
**Date Filed:** 10/24/2024
**Amended By Clm #:** 65
**Claim Face Value:** $7,100.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 271 | UNS | | | $7,100.00 | | |
| | | | | $7,100.00 | | |

### MedicAlly International LLC
### Case(s): 271 Clm No: 65 Clm. Amt: $7,200.00

*Attn: Scott O Hassler*
*27525 Puerta Real, Ste 300-104*
*Mission Viejo, CA 92691*
**Date Filed:** 11/13/2024
**Orig. Date Filed:** 10/22/2024
**Amending Clm #:** 27
**Amended By Clm #:** 101
**Claim Face Value:** $7,200.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 271 | UNS | | | $7,200.00 | | |
| | | | | $7,200.00 | | |

### Medicus Health
### Case(s): 271 Clm No: 83 Clm. Amt: $931.96

*4767 Broadmoor Ave, Ste 5*
*Kentwood, MI 49512*
**Date Filed:** 11/22/2024
**Claim Face Value:** $931.96

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 271 | UNS | | | $931.96 | | |
| | | | | $931.96 | | |

### MedVet Associates LLC
### Case(s): 271 Clm No: 81 Clm. Amt: $33,831.79

*Attn: Doug Schwartz*
*350 E Wilson Bridge Rd*
*Worthington, OH 43085*
**Date Filed:** 11/21/2024
**Claim Face Value:** $33,831.79

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 271 | UNS | | | $33,831.79 | | |
| | | | | $33,831.79 | | |

### MEI Rigging & Crating, LLC
### Case(s): 271 Clm No: 72 Clm. Amt: $13,975.00

*P.O. Box 1630*
*Albany, OR 97321*
**Date Filed:** 11/18/2024
**Claim Face Value:** $13,975.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 271 | UNS | | | $13,975.00 | | |
| | | | | $13,975.00 | | |

### Michigan Department of Treasury
### Case(s): 278 Clm No: 2 Clm. Amt: $232,682.63

*Attn: Heather L Donald*
*Cadillac Place*
*3030 W Grand Blvd, Ste 10-200*
*Detroit, MI 48202*
**Date Filed:** 3/14/2025
**Claim Face Value:** $232,682.63

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 278 | PRI | | | $117,267.92 | | |
| 278 | UNS | | | $115,414.71 | | |
| | | | | $232,682.63 | | |

## Mid Central Medical
### Case(s): 271 Clm No: 33 Clm. Amt: $11,551.03

*632 Hwy 59*
*Pembina, ND 58271*
**Date Filed:** 10/28/2024
**Claim Face Value:** $11,551.03

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 271 | UNS | | | $11,551.03 | | |
| | | | | $11,551.03 | | |

## Mindray Animal Medical Technology North America Co., LTD.
### Case(s): 273 Clm No: 11 Clm. Amt: $7,831.54

*1200 MacArthur Blvd, Ste 302B*
*Mahwah, NJ 07430*
**Date Filed:** 11/29/2024
**Claim Face Value:** $7,831.54

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 273 | UNS | | | $7,831.54 | | |
| | | | | $7,831.54 | | |

## Mint Condition of Charlotte, Inc
### Case(s): 271 Clm No: 34 Clm. Amt: $2,587.50

*Attn: Noelle Allen*
*1057 Red Ventures Dr, Ste 165*
*Fort Mill, SC 29707*
**Date Filed:** 10/28/2024
**Claim Face Value:** $2,587.50

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 271 | UNS | | | $2,587.50 | | |
| | | | | $2,587.50 | | |

## MIPM US Inc.
### Case(s): 271 Clm No: 191 Clm. Amt: $150.30

*110 April Cove*
*Montgomery, TX 77356*
**Date Filed:** 2/4/2025
**Claim Face Value:** $150.30

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 271 | UNS | | | $150.30 | | |
| | | | | $150.30 | | |

## Missouri Department of Revenue
### Case(s): 271 Clm No: 121 Clm. Amt: $34,761.12

*P.O. Box 475*
*Jefferson City, MO 65105*
**Date Filed:** 12/31/2024
**Claim Face Value:** $34,761.12

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 271 | PRI | | | $34,761.12 | | |
| | | | | $34,761.12 | | |

## Missouri Department of Revenue
### Case(s): 271 Clm No: 122 Clm. Amt: $147.00

*P.O. Box 475*
*Jefferson City, MO 65105*
**Date Filed:** 12/31/2024
**Claim Face Value:** $147.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 271 | UNS | | | $147.00 | | |
| | | | | $147.00 | | |

### Missouri Department of Revenue
### Case(s): 271 Clm No: 123 Clm. Amt: $6,486.25

*P.O. Box 475*
*Jefferson City, MO 65105*
**Date Filed:** 12/31/2024
**Claim Face Value:** $6,486.25

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 271 | UNS | | | $6,486.25 | | |
| | | | | $6,486.25 | | |

### Missouri Department of Revenue
### Case(s): 277 Clm No: 3 Clm. Amt: $51.80

*P.O. Box 475*
*Jefferson City, MO 65105*
**Date Filed:** 12/31/2024
**Claim Face Value:** $51.80

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 277 | PRI | | | $51.55 | | |
| 277 | UNS | | | $0.25 | | |
| | | | | $51.80 | | |

### Missouri Department of Revenue
### Case(s): 272 Clm No: 8 Clm. Amt: $561.26

*P.O. Box 475*
*Jefferson City, MO 65105*
**Date Filed:** 12/31/2024
**Claim Face Value:** $561.26

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 272 | UNS | | | $561.26 | | |
| | | | | $561.26 | | |

### Montgomery County
### Case(s): 274 Clm No: 1 Clm. Amt: $286.30

*c/o Linebarger Goggan Blair & Sampson LLP*
*Attn: Tara L Grundemeier*
*P.O. Box 3064*
*Houston, TX 77253-3064*
**Date Filed:** 10/19/2024
**Claim Face Value:** $286.30

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 274 | SEC | | | $286.30 | | |
| | | | | $286.30 | | |

### Movelt Specialized Logistics
### Case(s): 271 Clm No: 127 Clm. Amt: $3,727.78

*P.O. Box 220*
*103 Movelt Dr*
*Breda, IA 51436*
**Date Filed:** 1/6/2025
**Claim Face Value:** $3,727.78

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 271 | UNS | | | $3,727.78 | | |
| | | | | $3,727.78 | | |

### Nasco Healthcare, Inc.
### Case(s): 271 Clm No: 96 Clm. Amt:

*P.O. Box 1289*
*16 Simulaids Dr*
*Saugerties, NY 12477*
**Date Filed:** 12/2/2024
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 271 | UNS | | | | | |

## Nationwide Imaging Services, Inc.
### Case(s): 271 Clm No: 106 Clm. Amt: $8.17

*2301 Atlantic Ave*
*Manasquan, NJ 08736*
**Date Filed:** 12/10/2024
**Claim Face Value:** $8.17

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 271 | UNS | | | $8.17 | | |
| | | | | $8.17 | | |

## New Hampshire Department of Revenue Administration
### Case(s): 276 Clm No: 12 Clm. Amt: $0.16

*c/o NH - DRA Legal Bureau*
*P.O. Box 457*
*Concord, NH 03302*
**Date Filed:** 4/7/2025
**Claim Face Value:** $0.16

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 276 | PRI | | | $0.16 | | |
| | | | | $0.16 | | |

## New York State Department of Labor
### Case(s): 271 Clm No: 64 Clm. Amt: $0.00

*1220 Washington Ave, Bldg 12, Rm 256*
*Albany, NY 12226*
**Date Filed:** 11/12/2024
**Claim Face Value:** $0.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 271 | PRI | | | $0.00 | Y | |
| | | | | $0.00 | | |

## New York State Dept of Tax and Finance
### Case(s): 272 Clm No: 2 Clm. Amt: $35.92

*P.O. Box 5300*
*Albany, NY 12205*
**Date Filed:** 10/29/2024
**Claim Face Value:** $35.92

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 272 | PRI | | | $32.20 | | |
| 272 | UNS | | | $3.72 | | |
| | | | | $35.92 | | |

## NM Taxation & Revenue Department
### Case(s): 276 Clm No: 4 Clm. Amt: $741.51

*P.O. Box 8575*
*Albuquerque, NM 87198-8575*
**Date Filed:** 1/28/2025
**Claim Face Value:** $741.51

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 276 | PRI | | | $645.51 | | |
| 276 | UNS | | | $96.00 | | |
| | | | | $741.51 | | |

## NM Taxation & Revenue Department
### Case(s): 276 Clm No: 5 Clm. Amt: $741.51

*P.O. Box 8575*
*Albuquerque, NM 87198-8575*
**Date Filed:** 1/28/2025
**Claim Face Value:** $741.51

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 276 | PRI | | | $645.51 | | |
| 276 | UNS | | | $96.00 | | |
| | | | | $741.51 | | |

## North Carolina Department of Revenue
### Case(s): 272 Clm No: 4 Clm. Amt: $4,970.11

*P.O. Box 1168*
*Raleigh, NC 27527*
**Date Filed:** 11/12/2024
**Claim Face Value:** $4,970.11

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 272 | PRI | | | $3,110.07 | | |
| 272 | UNS | | | $1,860.04 | | |
| | | | | $4,970.11 | | |

## Northside Security Inc
### Case(s): 271 Clm No: 182 Clm. Amt: $214.80

*1815 Progress Way*
*Clarksville, IN 47129*
**Date Filed:** 1/30/2025
**Claim Face Value:** $214.80

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 271 | UNS | | | $214.80 | | |
| | | | | $214.80 | | |

## Oakworks, Inc.
### Case(s): 271 Clm No: 46 Clm. Amt: $48,167.24

*923 E Wellspring Rd*
*New Freedom, PA 17349*
**Date Filed:** 11/4/2024
**Claim Face Value:** $48,167.24

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 271 | UNS | | | $48,167.24 | | |
| | | | | $48,167.24 | | |

## OC Med Equip & Serv, Inc
### Case(s): 271 Clm No: 4 Clm. Amt: $58,975.00

*12 Nebraska*
*Irvine, CA 92606*
**Date Filed:** 10/11/2024
**Claim Face Value:** $58,975.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 271 | UNS | | | $58,975.00 | | |
| | | | | $58,975.00 | | |

## ODP Business Solutions, LLC
### Case(s): 273 Clm No: 15 Clm. Amt: $1,081.48

*c/o Shraiberg Page PA*
*Attn: Bradley Shraiberg*
*2385 NW Executive Ctr Dr, Ste 300*
*Boca Raton, FL 33431*
**Date Filed:** 12/3/2024
**Claim Face Value:** $1,081.48

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 273 | UNS | | | $1,081.48 | | |
| | | | | $1,081.48 | | |

## Ohio Department of Taxation
### Case(s): 274 Clm No: 8 Clm. Amt: $1,618.90

*Attn: Bankruptcy Div*
*P.O. Box 530*
*Columbus, OH 43216*
**Date Filed:** 11/26/2024
**Claim Face Value:** $1,618.90

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 274 | PRI | | | $1,241.74 | | |
| 274 | UNS | | | $377.16 | | |
| | | | | $1,618.90 | | |

## Ohio Department of Taxation
### Case(s): 272 Clm No: 6 Clm. Amt: $4,724.75

*Attn: Bankruptcy Div*
*P.O. Box 530*
*Columbus, OH 43216*
**Date Filed:** 11/26/2024
**Claim Face Value:** $4,724.75

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 272 | PRI | | | $3,617.73 | | |
| 272 | UNS | | | $1,107.02 | | |
| | | | | $4,724.75 | | |

## Omni Medical Supply LLC
### Case(s): 271 Clm No: 125 Clm. Amt: $427.87

*11501 Metro Airport Ctr Dr, Ste 100*
*Romulus, MI 48174*
**Date Filed:** 1/2/2025
**Claim Face Value:** $427.87

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 271 | UNS | | | $427.87 | | |
| | | | | $427.87 | | |

## Ontario Refrigeration Service, Inc.
### Case(s): 271 Clm No: 79 Clm. Amt: $951.00

*635 S Mountain Ave*
*Ontario, CA 91762*
**Date Filed:** 11/20/2024
**Claim Face Value:** $951.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 271 | UNS | | | $951.00 | | |
| | | | | $951.00 | | |

### OpenText Inc
### Case(s): 279 Clm No: 3 Clm. Amt: $105.85

275 Frank Tompa Dr
Waterloo, ON N2L 0A1
Canada
**Date Filed:** 3/21/2025
**Claim Face Value:** $105.85

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 279  | UNS   |        |           | $105.85               |     |                      |
|      |       |        |           | $105.85               |     |                      |

### Oregon Department of Revenue
### Case(s): 271 Clm No: 126 Clm. Amt: $4,047.17

955 Center St NE
Salem, OR 97301-2555
**Date Filed:** 1/6/2025
**Claim Face Value:** $4,047.17

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 271  | PRI   |        |           | $3,725.21             |     |                      |
| 271  | UNS   |        |           | $321.96               |     |                      |
|      |       |        |           | $4,047.17             |     |                      |

### Osis Medical Inc dba Anda Medical
### Case(s): 271 Clm No: 115 Clm. Amt: $3,650.00

126-408 E Kent Ave S
Vancouver, BC V5X 2X7
Canada
**Date Filed:** 12/20/2024
**Claim Face Value:** $3,650.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 271  | UNS   |        |           | $3,650.00             |     |                      |
|      |       |        |           | $3,650.00             |     |                      |

### Pacific Biomedical Inc DBA
### Case(s): 271 Clm No: 18 Clm. Amt: $3,645.25

Attn: John Hannemann
8561 E Anderson Dt, Ste 104-106
Scottsdale, AZ 85255
**Date Filed:** 10/22/2024
**Claim Face Value:** $3,645.25

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 271  | UNS   |        |           | $3,645.25             |     |                      |
|      |       |        |           | $3,645.25             |     |                      |

### Pacific Biomedical Inc DBA
### Case(s): 271 Clm No: 19 Clm. Amt: $3,645.25

Attn: John Hannemann
8561 E Anderson Dr, Ste 104-106
Scottsdale, AZ 85255
**Date Filed:** 10/22/2024
**Claim Face Value:** $3,645.25

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 271  | UNS   |        |           | $3,645.25             |     |                      |
|      |       |        |           | $3,645.25             |     |                      |

### PakSouth Inc
### Case(s): 271 Clm No: 200 Clm. Amt: $5,725.00

Attn: Gail Patetta
2530 Whitehall Park Dr, Ste 400
Charlotte, NC 28273
**Date Filed:** 2/20/2025
**Claim Face Value:** $5,725.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 271  | UNS   |        |           | $5,725.00             |     |                      |
|      |       |        |           | $5,725.00             |     |                      |

## PartsSource, Inc.
### Case(s): 271 Clm No: 38 Clm. Amt: $908,235.89

*c/o Weltman Weinberg & Reis Co, LPA*
*Attn: Scott D Fink*
*5990 W Creek Rd, Ste 200*
*Independence, OH 44131*
**Date Filed:** 10/29/2024
**Claim Face Value:** $908,235.89

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 271 | UNS | | | $908,235.89 | | |
| | | | | $908,235.89 | | |

## PartsSource, Inc.
### Case(s): 271 Clm No: 109 Clm. Amt: $908,235.89

*c/o Weltman Weinberg & Reis Co, LPA*
*Attn: Scott D Fink*
*5990 W Creek Rd, Ste 200*
*Independence, OH 44131*
**Date Filed:** 10/22/2024
**Claim Face Value:** $908,235.89

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 271 | UNS | | | $908,235.89 | | |
| | | | | $908,235.89 | | |

## Pedigo Products, Inc.
### Case(s): 271 Clm No: 203 Clm. Amt: $9,515.41

*4000 SE Columbia Way*
*Vancouver, WA 98661*
**Date Filed:** 3/24/2025
**Claim Face Value:** $9,515.41

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 271 | UNS | | | $9,515.41 | | |
| | | | | $9,515.41 | | |

## Penlon Limited
### Case(s): 271 Clm No: 26 Clm. Amt: $27,571.59

*Abingdon Science Park*
*Barton Ln*
*Abingdon, Oxfordsire*
*OX14 3NB*
*United Kingdom*
**Date Filed:** 10/24/2024
**Claim Face Value:** $27,571.59

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 271 | UNS | | | $27,571.59 | | |
| | | | | $27,571.59 | | |

## Probo Medical, LLC
### Case(s): 271 Clm No: 194 Clm. Amt: $89,875.36

*9715 Kincaid Dr, Unit 1000*
*Fishers, IN 46037*
**Date Filed:** 2/10/2025
**Claim Face Value:** $89,875.36

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 271 | UNS | | | $89,875.36 | | |
| | | | | $89,875.36 | | |

## Pullman Regional Hospital
### Case(s): 271 Clm No: 130 Clm. Amt: $3,000.00

*835 SE Bishop Blvd*
*Pullman, WA 99163*
**Date Filed:** 1/13/2025
**Claim Face Value:** $3,000.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 271 | UNS | | | $3,000.00 | | |
| | | | | $3,000.00 | | |

## QED, Inc
**Case(s): 271 Clm No: 28 Clm. Amt: $9,502.54**

*750 Enterprise Dr*
*Lexington, KY 40510*
**Date Filed:** 10/25/2024
**Claim Face Value:** $9,502.54

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 271 | UNS | | | $9,502.54 | | |
| | | | | $9,502.54 | | |

## R & D Batteries, Inc
**Case(s): 271 Clm No: 8 Clm. Amt: $7,106.10**

*P.O. Box 5007*
*Burnsville, MN 55337*
**Date Filed:** 10/14/2024
**Claim Face Value:** $7,106.10

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 271 | UNS | | | $7,106.10 | | |
| | | | | $7,106.10 | | |

## R&L Carriers, Inc
**Case(s): 271 Clm No: 44 Clm. Amt: $6,911.39**

*600 Gillam Rd*
*Wilmington, OH 45177*
**Date Filed:** 10/29/2024
**Claim Face Value:** $6,911.39

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 271 | UNS | | | $6,911.39 | | |
| | | | | $6,911.39 | | |

## reLink Medical LLC
**Case(s): 281 Clm No: 1 Clm. Amt: $407,627.10**

*Attn: Terri Boughner*
*1755 Enterprise Pkwy, Unit 400*
*Twinsburg, OH 44087*
**Date Filed:** 10/18/2024
**Claim Face Value:** $407,627.10

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 281 | ADM | Withdrawn | | $20,930.00 | | $0.00 |
| 281 | SEC | Withdrawn | | $62,286.25 | | $0.00 |
| 281 | UNS | Withdrawn | | $324,410.85 | | $0.00 |
| | | | | $407,627.10 | | $0.00 |

## ReNew Biomedical Services, LLC
**Case(s): 273 Clm No: 19 Clm. Amt: $4,694.50**

*2345 Dr FE Wright Dr*
*Jackson, TN 38305*
**Date Filed:** 1/17/2025
**Claim Face Value:** $4,694.50

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 273 | UNS | | | $4,694.50 | | |
| | | | | $4,694.50 | | |

### Rhode Island Division of Taxation
### Case(s): 274 Clm No: 19 Clm. Amt: $6,963.83

*1 Capitol Hill*
*Providence, RI 02908*
**Date Filed:** 4/10/2025
**Claim Face Value:** $6,963.83

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 274 | PRI | | | $5,476.28 | | |
| 274 | UNS | | | $1,487.55 | | |
| | | | | $6,963.83 | | |

### Rhode Island Division of Taxation
### Case(s): 274 Clm No: 20 Clm. Amt: $8,927.72

*1 Capitol Hill*
*Providence, RI 02908*
**Date Filed:** 4/10/2025
**Claim Face Value:** $8,927.72

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 274 | PRI | | | $8,031.22 | | |
| 274 | UNS | | | $896.50 | | |
| | | | | $8,927.72 | | |

### Robert Joseph Mace
### Case(s): 271 Clm No: 113 Clm. Amt: $21,588.98

*316 Martin and Mace Dr*
*Taylorsville, NC 28681*
**Date Filed:** 12/17/2024
**Claim Face Value:** $21,588.98

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 271 | PRI | | | $21,588.98 | | |
| | | | | $21,588.98 | | |

### Round-The-World Logistics (U.S.A.) Corp.
### Case(s): 271 Clm No: 201 Clm. Amt: $1,890.00

*6565 W Loop S, Ste 840*
*Bellaire, TX 77401*
**Date Filed:** 2/24/2025
**Claim Face Value:** $1,890.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 271 | UNS | | | $1,890.00 | | |
| | | | | $1,890.00 | | |

### Sage Services Group
### Case(s): 271 Clm No: 12 Clm. Amt: $11,550.00

*506 Deanna Ln*
*Charleston, SC 29492*
**Date Filed:** 10/16/2024
**Claim Face Value:** $11,550.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 271 | UNS | | | $11,550.00 | | |
| | | | | $11,550.00 | | |

## Sakomed, LLC
### Case(s): 271 Clm No: 1 Clm. Amt: $128,500.00

27751 La Paz Rd, Ste A
Laguna Niguel, CA 92677
**Date Filed:** 10/10/2024
**Claim Face Value:** $128,500.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 271 | UNS | | | $128,500.00 | | |
| | | | | $128,500.00 | | |

## Scandinavian Medical Solutions A/S
### Case(s): 271 Clm No: 17 Clm. Amt: $479,786.40

48, 1 Gasvaerksvej
Aalborg 9000
Denmark
**Date Filed:** 10/18/2024
**Claim Face Value:** $479,786.40

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 271 | UNS | | | $479,786.40 | | |
| | | | | $479,786.40 | | |

## Schenker, Inc
### Case(s): 273 Clm No: 17 Clm. Amt: $5,732.59

1305 Executive Blvd, Unit 200
Chesapeak, VA 23320
**Date Filed:** 12/16/2024
**Claim Face Value:** $5,732.59

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 273 | UNS | | | $5,732.59 | | |
| | | | | $5,732.59 | | |

## Schenker, Inc
### Case(s): 273 Clm No: 12 Clm. Amt: $5,732.59

1305 Executive Blvd, Unit 200
Chesapeake, VA 23320
**Date Filed:** 11/29/2024
**Claim Face Value:** $5,732.59

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 273 | UNS | | | $5,732.59 | | |
| | | | | $5,732.59 | | |

## Service Support Solutions, LLC
### Case(s): 271 Clm No: 61 Clm. Amt: $43,300.00

631 Industrial Blvd
Grapevine, TX 76051
**Date Filed:** 11/9/2024
**Claim Face Value:** $43,300.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 271 | UNS | | | $43,300.00 | | |
| | | | | $43,300.00 | | |

## ServScope Inc
### Case(s): 271 Clm No: 53 Clm. Amt: $7,000.00

Attn: Scott Whaley
6920 Log Cabin Trl
Midland, NC 28107
**Date Filed:** 11/6/2024
**Claim Face Value:** $7,000.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 271 | UNS | | | $7,000.00 | | |
| | | | | $7,000.00 | | |

### ServScope Inc
### Case(s): 271 Clm No: 54 Clm. Amt: $1,250.00

*Attn: Scott Whaley*
*6920 Log Cabin Trl*
*Midland, NC 28107*
**Date Filed:** 11/6/2024
**Claim Face Value:** $1,250.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 271 | UNS | | | $1,250.00 | | |
| | | | | $1,250.00 | | |

### ServScope Inc
### Case(s): 271 Clm No: 55 Clm. Amt: $1,680.00

*Attn: Scott Whaley*
*6920 Log Cabin Trl*
*Midland, NC 28107*
**Date Filed:** 11/6/2024
**Claim Face Value:** $1,680.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 271 | UNS | | | $1,680.00 | | |
| | | | | $1,680.00 | | |

### ServScope Inc
### Case(s): 271 Clm No: 56 Clm. Amt: $1,800.00

*Attn: Scott Whaley*
*6920 Log Cabin Trl*
*Midland, NC 28107*
**Date Filed:** 11/6/2024
**Claim Face Value:** $1,800.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 271 | UNS | | | $1,800.00 | | |
| | | | | $1,800.00 | | |

### ServScope Inc
### Case(s): 271 Clm No: 57 Clm. Amt: $8,500.00

*Attn: Scott Whaley*
*6920 Log Cabin Trl*
*Midland, NC 28107*
**Date Filed:** 11/6/2024
**Claim Face Value:** $8,500.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 271 | UNS | | | $8,500.00 | | |
| | | | | $8,500.00 | | |

### Shippers Supply Co Inc
### Case(s): 273 Clm No: 14 Clm. Amt: $23,474.99

*4500 Progress Blvd*
*Louisville, KY 40218*
**Date Filed:** 12/2/2024
**Claim Face Value:** $23,474.99

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 273 | UNS | | | $23,474.99 | | |
| | | | | $23,474.99 | | |

### Assignee

| Assignee | Percent | Amount | Status |
|----------|---------|--------|--------|
| *Shippers Supply Co Inc*<br>*c/o Accu-tec, Inc*<br>*1735 W Burnett Ave*<br>*Louisville, KY 40210* | | | |

## SmartProcure, Inc.
### Case(s): 271 Clm No: 204 Clm. Amt: $11,330.00

*dba GovSpend*
*5000 T-Rex Ave, Ste 200*
*Boca Raton, FL 33431*
**Date Filed:** 4/4/2025
**Claim Face Value:** $11,330.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 271 | UNS | | | $11,330.00 | | |
| | | | | $11,330.00 | | |

## Solaire Medical Storage LLC dba InnerSpace HC
### Case(s): 273 Clm No: 2 Clm. Amt: $8,635.86

*Attn: Chris Barnard*
*1239 Comstock St*
*Marne, MI 49435*
**Date Filed:** 10/19/2024
**Claim Face Value:** $8,635.86

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 273 | UNS | | | $8,635.86 | | |
| | | | | $8,635.86 | | |

## SonoVision, Inc
### Case(s): 271 Clm No: 5 Clm. Amt: $296,050.00

*8324 SW Nimbus Ave*
*Beaverton, OR 97008*
**Date Filed:** 10/12/2024
**Claim Face Value:** $296,050.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 271 | UNS | Withdrawn | | $296,050.00 | | $0.00 |
| | | | | $296,050.00 | | $0.00 |

## South American Imaging Solutions Inc
### Case(s): 271 Clm No: 22 Clm. Amt: $45,000.00

*2360 Eastman Ave, Ste 110*
*Oxnard, CA 93030*
**Date Filed:** 10/23/2024
**Claim Face Value:** $45,000.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 271 | UNS | | | $45,000.00 | | |
| | | | | $45,000.00 | | |

## Southeastern Biomedical Associates, Inc.
### Case(s): 271 Clm No: 89 Clm. Amt: $47,829.00

*P.O. Box 654*
*Granite Falls, NC 28630*
**Date Filed:** 11/26/2024
**Claim Face Value:** $47,829.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 271 | UNS | | | $47,829.00 | | |
| | | | | $47,829.00 | | |

## Southern California Edison Company
### Case(s): 280 Clm No: 1 Clm. Amt: $11,385.44

*Attn: Credit Risk Management*
*P.O. Box 6109*
*Covina, CA 91722*
**Date Filed:** 12/6/2024
**Claim Face Value:** $11,385.44

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 280 | UNS | | | $11,385.44 | | |
| | | | | $11,385.44 | | |

### Southwest Medical Resources, Inc.
**Case(s): 271 Clm No: 95 Clm. Amt: $16,972.81**

*14554 Valencia Ave*
*Fontana, CA 92335*
**Date Filed:** 12/3/2024
**Claim Face Value:** $16,972.81

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 271 | UNS | | | $16,972.81 | | |
| | | | | $16,972.81 | | |

### State of Florida - Department of Revenue
**Case(s): 276 Clm No: 9 Clm. Amt: $3,516.44**

*Attn: Frederick F Rudzik, Esq*
*P.O. Box 6668*
*Tallahassee, FL 32314-6668*
**Date Filed:** 3/22/2025
**Claim Face Value:** $3,516.44

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 276 | PRI | | | $3,358.57 | | |
| 276 | UNS | | | $157.87 | | |
| | | | | $3,516.44 | | |

### State of New Jersey Division of Taxation Bankruptcy Section
**Case(s): 276 Clm No: 6 Clm. Amt: $34,000.00**

*P.O. Box 245*
*Trenton, NJ 08695*
**Date Filed:** 1/31/2025
**Claim Face Value:** $34,000.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 276 | PRI | | | $24,000.00 | | |
| 276 | UNS | | | $10,000.00 | | |
| | | | | $34,000.00 | | |

### State of New Jersey Division of Taxation Bankruptcy Section
**Case(s): 274 Clm No: 12 Clm. Amt: $160,160.11**

*P.O. Box 245*
*Trenton, NJ 08695*
**Date Filed:** 1/31/2025
**Claim Face Value:** $160,160.11

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 274 | PRI | | | $128,898.25 | | |
| 274 | UNS | | | $31,261.86 | | |
| | | | | $160,160.11 | | |

### State of New Jersey Division of Taxation Bankruptcy Section
**Case(s): 277 Clm No: 4 Clm. Amt: $24,000.00**

*P.O. Box 245*
*Trenton, NJ 08695*
**Date Filed:** 1/31/2025
**Claim Face Value:** $24,000.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 277 | PRI | | | $12,000.00 | | |
| 277 | UNS | | | $12,000.00 | | |
| | | | | $24,000.00 | | |

**SunMed Group Holdings, LLC dba AirLife**
**Case(s): 271 Clm No: 82 Clm. Amt: $6,001.57**

*2710 Northridge Dr NW, Ste A*
*Walker, MI 49544*
**Date Filed:** 11/21/2024
**Claim Face Value:** $6,001.57

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 271 | UNS | | | $6,001.57 | | |
| | | | | $6,001.57 | | |

**SunMed Group Holdings, LLC dba AirLife**
**Case(s): 271 Clm No: 80 Clm. Amt: $7,199.79**

*2710 Northridge Dr NW, Ste A*
*Walker, MI 49544*
**Date Filed:** 11/21/2024
**Claim Face Value:** $7,199.79

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 271 | UNS | | | $7,199.79 | | |
| | | | | $7,199.79 | | |

**Team Worldwide**
**Case(s): 271 Clm No: 60 Clm. Amt: $23,200.00**

*P.O. Box 668*
*Winnsboro, TX 75494*
**Date Filed:** 11/9/2024
**Orig. Date Filed:** 10/28/2024
**Amending Clm #:** 35
**Claim Face Value:** $23,200.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 271 | UNS | | | $23,200.00 | | |
| | | | | $23,200.00 | | |

**Team Worldwide**
**Case(s): 271 Clm No: 35 Clm. Amt: $8,240.00**

*P.O. Box 668*
*Winnsboro, TX 75494*
**Date Filed:** 10/28/2024
**Amended By Clm #:** 60
**Claim Face Value:** $8,240.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 271 | UNS | | | $8,240.00 | | |
| | | | | $8,240.00 | | |

**Tenacore LLC**
**Case(s): 271 Clm No: 24 Clm. Amt: $42,800.00**

*3115 Airway Ave*
*Costa Mesa, CA 92626*
**Date Filed:** 10/21/2024
**Claim Face Value:** $42,800.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 271 | UNS | | | $42,800.00 | | |
| | | | | $42,800.00 | | |

**Tennessee Department of Revenue**
**Case(s): 271 Clm No: 43 Clm. Amt: $1,319.82**

*Attn: Attorney General*
*P.O. Box 20207*
*Nashville, TN 37202-0207*
**Date Filed:** 10/31/2024
**Claim Face Value:** $1,319.82

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 271 | PRI | | | $1,076.03 | | |
| 271 | UNS | | | $243.79 | | |
| | | | | $1,319.82 | | |

### Tennessee Department of Revenue
### Case(s): 273 Clm No: 3 Clm. Amt: $3,553.73

*Attn: Attorney General*
*P.O. Box 20207*
*Nashville, TN 37202-0207*
**Date Filed:** 10/31/2024
**Claim Face Value:** $3,553.73

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------:|-----|---------------------:|
| 273 | PRI | | | $2,875.48 | | |
| 273 | UNS | | | $678.25 | | |
| | | | | $3,553.73 | | |

### Tennessee Department of Revenue
### Case(s): 274 Clm No: 3 Clm. Amt: $25,266.34

*Attn: Attorney General*
*P.O. Box 20207*
*Nashville, TN 37202-0207*
**Date Filed:** 10/31/2024
**Claim Face Value:** $25,266.34

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------:|-----|---------------------:|
| 274 | PRI | | | $21,038.94 | | |
| 274 | UNS | | | $4,227.40 | | |
| | | | | $25,266.34 | | |

### Texas Comptroller of Public Accounts
### Case(s): 273 Clm No: 24 Clm. Amt: $345,462.22

*c/o Office of the Attorney General*
*Attn: Bankruptcy & Collections Division*
*P.O. Box 12548, MC-008*
*Austin, TX 78711*
**Date Filed:** 3/31/2025
**Claim Face Value:** $345,462.22

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------:|-----|---------------------:|
| 273 | PRI | | | $316,476.01 | | |
| 273 | UNS | | | $28,986.21 | | |
| | | | | $345,462.22 | | |

### Texas Comptroller of Public Accounts
### Case(s): 272 Clm No: 12 Clm. Amt: $345,462.22

*c/o Office of the Attorney General*
*Attn: Bankruptcy & Collections Division*
*P.O. Box 12548, MC-008*
*Austin, TX 78711*
**Date Filed:** 3/31/2025
**Claim Face Value:** $345,462.22

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------:|-----|---------------------:|
| 272 | PRI | | | $316,476.01 | | |
| 272 | UNS | | | $28,986.21 | | |
| | | | | $345,462.22 | | |

### Texas Comptroller of Public Accounts
### Case(s): 274 Clm No: 18 Clm. Amt: $345,462.22

*c/o Office of the Attorney General*
*Attn: Bankruptcy & Collections Division*
*P.O. Box 12548, MC-008*
*Austin, TX 78711*
**Date Filed:** 3/31/2025
**Claim Face Value:** $345,462.22

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------:|-----|---------------------:|
| 274 | PRI | | | $316,476.01 | | |
| 274 | UNS | | | $28,986.21 | | |
| | | | | $345,462.22 | | |

### Texas Comptroller of Public Accounts
### Case(s): 280 Clm No: 6 Clm. Amt: $345,462.22

*c/o Office of the Attorney General*
*Attn: Bankruptcy & Collections Division*
*P.O. Box 12548, MC-008*
*Austin, TX 78711*
**Date Filed:** 3/31/2025
**Claim Face Value:** $345,462.22

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 280 | PRI | | | $316,476.01 | | |
| 280 | UNS | | | $28,986.21 | | |
| | | | | $345,462.22 | | |

### Texas Comptroller of Public Accounts
### Case(s): 277 Clm No: 6 Clm. Amt: $345,462.22

*c/o Office of the Attorney General*
*Attn: Bankruptcy & Collections Division*
*P.O. Box 12548, MC-008*
*Austin, TX 78711*
**Date Filed:** 3/31/2025
**Claim Face Value:** $345,462.22

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 277 | PRI | | | $316,476.01 | | |
| 277 | UNS | | | $28,986.21 | | |
| | | | | $345,462.22 | | |

### Texas Comptroller of Public Accounts
### Case(s): 278 Clm No: 3 Clm. Amt: $345,462.22

*c/o Office of the Attorney General*
*Attn: Bankruptcy & Collections Division*
*P.O. Box 12548, MC-008*
*Austin, TX 78711*
**Date Filed:** 3/31/2025
**Claim Face Value:** $345,462.22

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 278 | PRI | | | $316,476.01 | | |
| 278 | UNS | | | $28,986.21 | | |
| | | | | $345,462.22 | | |

### Texas Comptroller of Public Accounts
### Case(s): 276 Clm No: 10 Clm. Amt: $345,462.22

*c/o Office of the Attorney General*
*Attn: Bankruptcy & Collections Division*
*P.O. Box 12548, MC-008*
*Austin, TX 78711*
**Date Filed:** 3/31/2025
**Claim Face Value:** $345,462.22

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 276 | PRI | | | $316,476.01 | | |
| 276 | UNS | | | $28,986.21 | | |
| | | | | $345,462.22 | | |

### The Wellspring Group Inc
### Case(s): 271 Clm No: 183 Clm. Amt: $17,695.15

*4 Research Dr, Ste 402*
*Shelton, CT 06484*
**Date Filed:** 1/30/2025
**Claim Face Value:** $17,695.15

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 271 | UNS | | | $17,695.15 | | |
| | | | | $17,695.15 | | |

## Touchpoint Medical
### Case(s): 271 Clm No: 107 Clm. Amt: $48,822.95

*2200 Touchpoint Dr*
*Odessa, FL 33556*
**Date Filed:** 12/12/2024
**Claim Face Value:** $48,822.95

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|------------------------|-----|----------------------|
| 271 | UNS | | | $48,822.95 | | |
| | | | | $48,822.95 | | |

## Traco Medical
### Case(s): 271 Clm No: 86 Clm. Amt: $14,808.82

*P.O. Box 690*
*Sioux Falls, SD 57101*
**Date Filed:** 11/25/2024
**Claim Face Value:** $14,808.82

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|------------------------|-----|----------------------|
| 271 | UNS | | | $14,808.82 | | |
| | | | | $14,808.82 | | |

## Tywane Jones
### Case(s): 271 Clm No: 16 Clm. Amt: $5,500.00

*c/o R & B Technical Solutions, LLC*
*P.O. Box 657*
*4258 NC 49 S*
*Harrisburg, NC 28075*
**Date Filed:** 10/18/2024
**Claim Face Value:** $5,500.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|------------------------|-----|----------------------|
| 271 | UNS | | | $5,500.00 | | |
| | | | | $5,500.00 | | |

## Tywane Jones
### Case(s): 271 Clm No: 15 Clm. Amt: $6,000.00

*c/o R & B Technical Solutions, LLC*
*P.O. Box 657*
*4258 NC 49 S*
*Harrisburg, NC 28075*
**Date Filed:** 10/18/2024
**Claim Face Value:** $6,000.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|------------------------|-----|----------------------|
| 271 | UNS | | | $6,000.00 | | |
| | | | | $6,000.00 | | |

## Tywane Jones
### Case(s): 271 Clm No: 14 Clm. Amt: $6,250.00

*c/o R & B Technical Solutions, LLC*
*P.O. Box 657*
*4258 NC 49 S*
*Harrisburg, NC 28075*
**Date Filed:** 10/18/2024
**Claim Face Value:** $6,250.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|------------------------|-----|----------------------|
| 271 | UNS | | | $6,250.00 | | |
| | | | | $6,250.00 | | |

## U.S. Bank N.A.
### Case(s): 273 Clm No: 26 Clm. Amt: $63,487.96

*dba U.S. Bank Equipment Finance*
*1310 Madrid St*
*Marshall, MN 56258*
**Date Filed:** 6/9/2025
**Claim Face Value:** $63,487.96

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|------------------------|-----|----------------------|
| 273 | PRI | | | Unknown | Y | |
| 273 | UNS | | | $63,487.96 | | |
| | | | | $63,487.96 | | |

## U.S. Customs and Border Protection
**Case(s): 273 Clm No: 23 Clm. Amt: $0.00**

*c/o Revenue Division, Bankruptcy Team*
*Attn: Mail Stop 203-Ja*
*8899 E 56th St*
*Indianapolis, IN 46249*
**Date Filed:** 3/13/2025
**Claim Face Value:** $0.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 273 | PRI | | | $0.00 | Y | |
| 273 | UNS | | | | | |
| | | | | $0.00 | | |

## Uline
**Case(s): 271 Clm No: 21 Clm. Amt: $29,435.18**

*12575 Uline Dr*
*Pleasant Praire, WI 53158*
**Date Filed:** 10/19/2024
**Claim Face Value:** $29,435.18

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 271 | ADM | | | $11,915.13 | | |
| 271 | UNS | | | $17,520.05 | | |
| | | | | $29,435.18 | | |

## Ultrasound Gurus, Inc.
**Case(s): 271 Clm No: 119 Clm. Amt: $168,700.00**

*21302 55th Ave SE*
*Woodinville, WA 98072*
**Date Filed:** 12/26/2024
**Claim Face Value:** $168,700.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 271 | UNS | | | $168,700.00 | | |
| | | | | $168,700.00 | | |

## Univar Solutions USA LLC
**Case(s): 271 Clm No: 47 Clm. Amt: $1,349.60**

*6000 Parkwood Pl*
*Dublin, OH 43016*
**Date Filed:** 11/4/2024
**Claim Face Value:** $1,349.60

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 271 | UNS | | | $1,349.60 | | |
| | | | | $1,349.60 | | |

## US Ultrasound Services, Inc
**Case(s): 271 Clm No: 13 Clm. Amt: $132,900.00**

*1910 Joseph Lloyd Pkwy*
*Willoughby, OH 44094*
**Date Filed:** 10/17/2024
**Claim Face Value:** $132,900.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 271 | UNS | | | $132,900.00 | | |
| | | | | $132,900.00 | | |

### USA Debt Recovery Solutions, Inc. assignee of Unimed Medical Supplies, Inc.
### Case(s): 281 Clm No: 5 Clm. Amt: $118,878.55

*Attn: Artur Tretiakov*
*255 W Foothill Blvd, Ste 205*
*Upland, CA 91786*
**Date Filed:** 11/26/2024
**Claim Face Value:** $118,878.55

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 281 | UNS | | | $118,878.55 | | |
| | | | | $118,878.55 | | |

### Vestis Services, LLC fka Aramark Uniform & Career Apparel, LLC
### Case(s): 271 Clm No: 98 Clm. Amt: $15,100.52

*c/o Hawley Troxell Ennis & Hawley LLP*
*Attn: Devin G Bray*
*P.O. Box 1617*
*877 Main St, Ste 200*
*Boise, ID 83701*
**Date Filed:** 12/4/2024
**Orig. Date Filed:** 10/25/2024
**Amending Clm #:** 31
**Claim Face Value:** $15,100.52

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 271 | UNS | | | $15,100.52 | | |
| | | | | $15,100.52 | | |

### Vestis Services, LLC fka Aramark Uniform & Career Apparel, LLC
### Case(s): 271 Clm No: 31 Clm. Amt: $10,542.29

*c/o Hawley Troxell Ennis & Hawley LLP*
*Attn: Devin G Bray*
*P.O. Box 1617*
*877 Main St, Ste 200*
*Boise, ID 83701*
**Date Filed:** 10/25/2024
**Amended By Clm #:** 98
**Claim Face Value:** $10,542.29

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 271 | UNS | | | $10,542.29 | | |
| | | | | $10,542.29 | | |

### VetORSolutions LLC
### Case(s): 271 Clm No: 20 Clm. Amt: $539.46

*3871 Concomly Rd S*
*Salem , OR 97306*
**Date Filed:** 10/22/2024
**Claim Face Value:** $539.46

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 271 | UNS | | | $539.46 | | |
| | | | | $539.46 | | |

### Virtus Imaging Partners
### Case(s): 271 Clm No: 100 Clm. Amt: $70,600.00

*c/o Rappaport Osborne & Rappaport, PLLC*
*Attn: Jesus Rodriguez*
*1300 N Federal Hwy, Unit 203*
*Boca Raton, FL 33432*
**Date Filed:** 12/5/2024
**Claim Face Value:** $70,600.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 271 | UNS | | | $70,600.00 | | |
| | | | | $70,600.00 | | |

## Vomark Technologies Inc
### Case(s): 271 Clm No: 40 Clm. Amt: $111,870.00

*406 Diens Dr*
*Wheeling, IL 60090*
**Date Filed:** 10/30/2024
**Claim Face Value:** $111,870.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 271 | UNS | | | $111,870.00 | | |
| | | | | $111,870.00 | | |

## Wilburn Medical USA
### Case(s): 271 Clm No: 87 Clm. Amt: $729.36

*140 Furlong Industrial Dr*
*Kernersville, NC 27284*
**Date Filed:** 11/26/2024
**Claim Face Value:** $729.36

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 271 | UNS | | | $729.36 | | |
| | | | | $729.36 | | |

## Wisconsin Department of Revenue
### Case(s): 276 Clm No: 7 Clm. Amt: $15,453.14

*Attn: Special Procedures Unit*
*P.O. Box 8901*
*Madison, WI 53708-8901*
**Date Filed:** 2/18/2025
**Claim Face Value:** $15,453.14

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 276 | PRI | | | $12,653.14 | | |
| 276 | UNS | | | $2,800.00 | | |
| | | | | $15,453.14 | | |

## WMA Products, Inc.
### Case(s): 277 Clm No: 1 Clm. Amt: $18,400.00

*3 Lanesend Pl*
*Spring, TX 77382*
**Date Filed:** 11/29/2024
**Claim Face Value:** $18,400.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 277 | UNS | | | $18,400.00 | | |
| | | | | $18,400.00 | | |

## Wolf X Ray Corporation
### Case(s): 271 Clm No: 77 Clm. Amt: $2,156.90

*133 Wolf Rd*
*Battleboro, NC 27809*
**Date Filed:** 11/18/2024
**Claim Face Value:** $2,156.90

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 271 | UNS | | | $2,156.90 | | |
| | | | | $2,156.90 | | |

## WWEX Franchise Holdings, LLC
### Case(s): 273 Clm No: 13 Clm. Amt: $66,636.08

*c/o Worldwide Express*
*2700 Commerce St, Ste 1500*
*Dallas, TX 75226*
**Date Filed:** 12/2/2024
**Claim Face Value:** $66,636.08

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 273 | UNS | | | $66,636.08 | | |
| | | | | $66,636.08 | | |

**X-Stream Medical, Inc**
**Case(s): 271 Clm No: 45 Clm. Amt: $12,000.00**

*7797 Taylor Cir*
*Larkspur, CO 80118*
**Date Filed:** 11/1/2024
**Claim Face Value:** $12,000.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 271 | UNS | | | $12,000.00 | | |
| | | | | $12,000.00 | | |